B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**NovaSolar, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba NovaSolar Technologies, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **80-0456206** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1855 Dobbin Way**<br>**San Jose, CA**<br>ZIPCODE **95133** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**25125 Santa Clara Street, Ste. E, PMB #1**<br>**Hayward, CA**<br>ZIPCODE **94544** | Mailing Address of Joint Debtor (if different from street address)<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1855 Dobbin Way, San Jose, CA**<br>ZIPCODE **95133** | |

<table>
<tr>
<th colspan="2">Type of Debtor<br>(Form of Organization)<br>(Check one box.)</th>
<th>Nature of Business<br>(Check one box.)</th>
<th>Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.)</th>
</tr>
<tr>
<td colspan="2">
☐ Individual (includes Joint Debtors)<br>
<i>See Exhibit D on page 2 of this form.</i><br>
☑ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities,<br>
check this box and state type of entity below.)
</td>
<td>
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined in 11<br>
U.S.C. § 101(51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
☑ Other
</td>
<td>
☐ Chapter 7   ☐ Chapter 15 Petition for<br>
☐ Chapter 9     Recognition of a Foreign<br>
☑ Chapter 11    Main Proceeding<br>
☐ Chapter 12   ☐ Chapter 15 Petition for<br>
☐ Chapter 13     Recognition of a Foreign<br>
                 Nonmain Proceeding
</td>
</tr>
<tr>
<td colspan="2">
<b>Chapter 15 Debtor</b><br>
Country of debtor's center of main interests:<br><br>
Each country in which a foreign proceeding by,<br>
regarding, or against debtor is pending:
</td>
<td>
<b>Tax-Exempt Entity</b><br>
(Check box, if applicable.)<br>
☐ Debtor is a tax-exempt organization under<br>
Title 26 of the United States Code (the<br>
Internal Revenue Code).
</td>
<td>
<b>Nature of Debts</b><br>
(Check one box.)<br>
☐ Debts are primarily consumer   ☑ Debts are primarily<br>
    debts, defined in 11 U.S.C.     business debts.<br>
    § 101(8) as "incurred by an<br>
    individual primarily for a<br>
    personal, family, or house-<br>
    hold purpose."
</td>
</tr>
</table>

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**NovaSolar, Inc.** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **NovaSolar, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*



X */s/ Scott L. Goodsell*
Signature of Attorney for Debtor(s)

**Scott L. Goodsell 122223**
**Campeau Goodsell Smith**
**440 N. 1st St., #100**
**San Jose, CA 95112-0000**
**(408) 295-9555 Fax: (408) 295-6606**
**SGoodsell@campeaulaw.com**

**June 15, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Darien Spencer*
Signature of Authorized Individual

**Darien Spencer**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**June 15, 2012**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of California

IN RE:

Case No. _____

NovaSolar, Inc.

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Arden Realty Limited Partnership<br>A Maryland Limited Partnership<br>11601 Wilshire Boulevard, Fourth Floor<br>Los Angeles, CA 90025 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **6,757,997.14**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**6,757,997.14** |
| XL Construction Corporation<br>851 Buckeye Court<br>Milpitas, CA 95035 | **Willliam K. Hurley**<br>**Miller, Morton, Caillat & Nevis, LLP**<br>**25 Metro Drive, 7th Floor**<br>**San Jose, CA 95110** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **2,379,986.91** |
| Franchise Tax Board<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | | | | **250,000.00** |
| Arden Realty Limited Partnership<br>A Maryland Limited Partnership<br>11601 Wilshire Boulevard, Fourth Floor<br>Los Angeles, CA 90025 | | | **Contingent** | **243,180.98** |
| Smit Ovens B.V.<br>Ekkersrijt 4302<br>5692 DH SON | | **Trade debt** | | **183,612.75** |
| Integrated Engineering Services<br>70 Saratoga Ave., Ste. 200<br>Santa Clara, CA 95051 | | **Trade debt** | | **162,703.02** |
| Darien R. Spencer<br>9 Alta Dr.<br>La Selva Beach, CA 95076 | | | | **146,316.00** |
| Marvin S. Keshner<br>16591 Charles Otter Dr<br>Sonora, CA 95370 | | | | **137,145.00** |
| J.A. Woolman Co., Inc.<br>645 M Street Suite 102<br>Lincoln, NE 68508 | | **Trade debt** | | **127,680.00** |
| Scott A. Johnson<br>2656 Velvet Way<br>Walnut Creek, CA 94596 | | | | **113,118.00** |
| Michael Garey<br>157 Oneil Circle<br>Hercules, CA 94547 | | | | **108,684.00** |
| Gautam Ganguly<br>900 Lysander Ct.<br>San Ramon, CA 94582 | | | | **100,961.00** |

| | | |
|---|---|---:|
| **Nagi Kalad**<br>**1301 Galway Ct.**<br>**Normal, IL  61716** | | **97,134.00** |
| **Stephen W. Rush**<br>**235 W.Lake Center, Ste 193**<br>**Daly City, CA  94015** | | **96,462.00** |
| **Erik G. Vaaler**<br>**PO Box 5441**<br>**Redwood City, CA  94063** | | **95,722.00** |
| **Christopher Adams-Hart**<br>**27 St. Michael Court**<br>**San Ramon, CA  94583** | | **84,570.00** |
| **Busch Vaccum Pumps And Sysgtems**<br>**PO Box 100602**<br>**Atlanta, GA  30384** | **Trade debt** | **80,934.00** |
| **David L. Coffelt**<br>**3531 Walton Way**<br>**San Jose, CA  95117** | | **71,882.00** |
| **Leading Edge Logistics (HK) Limited**<br>**5F, CHT Tower Terminaal Container PortRo**<br>**Kwai Chung,** | **Trade debt** | **70,650.60** |
| **Thach N. Trinh**<br>**Rm C15-4, Floor 15,Block C**<br>**Ho Chi Minh,    Viet** | | **69,998.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 15, 2012**          Signature: ___*/s/ Darien Spencer*_____

**Darien Spencer, CEO**
<div align="right">(Print Name and Title)</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of California

IN RE:                                              Case No. _____

NovaSolar, Inc. _____   Chapter **11**

<div align="center">Debtor(s)</div>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **NovaSolar Holdings** **Portcullis TrustNet Chambers** **PO Box 3444** **Road Town, Tortola  BVI,** | **100** | **Common Stockholder** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of California

**IN RE:**

Case No. _____

**NovaSolar, Inc.** _____

Chapter **11** _____

<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 6,005,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 6,757,997.14 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 16 | | $ 3,505,011.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 3,779,347.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 37 | $ 6,005,000.00 | $ 14,042,355.96 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NovaSolar, Inc.** _____ Case No. _____
                 Debtor(s)                                       (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NovaSolar, Inc.** _____ Case No. _____
<div align="center">Debtor(s)                            (If known)</div>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE NovaSolar, Inc.                                        Case No. _____
_____                    (If known)
                    Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Litigation** <br><br>**Arden Realty Limited Partnership A Maryland Limited Partnership 11601 Wilshire Boulevard, Fourth Floor Los Angeles, CA 90025** | | | **March 27, 2012 Temporary Protective Order And Order Regarding Release And payment Of Funds By Defendant In CAse No. HB12615851 (sic). Action pending. Subject to preference** <br><br> VALUE $ | X | X | X | **6,757,997.14** | **6,757,997.14** |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) $ **6,757,997.14** $ **6,757,997.14**

Total (Use only on last page) $ **6,757,997.14** $ **6,757,997.14**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
               Debtor(s)                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **15** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>NovaSolar, Inc.</u> _____  Case No. _____
<span style="display:block; text-align:center;">Debtor(s)</span> <span style="text-align:right;">(If known)</span>

<div style="text-align:center;">

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

</div>

<div style="text-align:center;">

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

</div>

<div style="writing-mode:vertical-rl; font-size:8px;">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aaron Gonzales**<br>**2125 Alfred George Ct.**<br>**Tracy, CA 95337** | | | Unpaid Wages, etc | | | | **18,909.00** | **11,725.00** | **7,184.00** |
| ACCOUNT NO.<br>**Aleksey Feldman**<br>**2220 Homestead Ct, #314**<br>**Los Altos, CA 94024** | | | Unpaid Wages, etc | | | | **26,527.00** | **11,725.00** | **14,802.00** |
| ACCOUNT NO.<br>**Andrew Kalt**<br>**887 Cayugo Ave**<br>**San Francisco, CA 94112** | | | Unpaid Wages, etc | | | | **35,364.00** | **11,725.00** | **23,639.00** |
| ACCOUNT NO.<br>**Arindam Banerjee**<br>**207 Lyndhurst Pl;**<br>**San Ramon, CA 94583** | | | upaid wages, etc | | | | **58,461.00** | **11,725.00** | **46,736.00** |
| ACCOUNT NO.<br>**Bernardo Castillo**<br>**7226 Winterwillow Court**<br>**Sacramento, CA 95828** | | | Unpaid Wages, etc | | | | **14,747.00** | **11,725.00** | **3,022.00** |
| ACCOUNT NO.<br>**Bobby B. Nguyen**<br>**1659 Ambergrove Dr.**<br>**San Jose, CA 95131** | | | Unpaid Wages, etc | | | | **22,703.00** | **11,725.00** | **10,978.00** |

Sheet no. <u>1</u> of <u>15</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **176,711.00** | $ **70,350.00** | $ **106,361.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

IN RE NovaSolar, Inc.                                                                    Case No. _____
_____
            Debtor(s)                                                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brian J. Contant**<br>**7510 Corrine**<br>**San Ramon, CA  94583** | | | **Unpaid Wages, etc** | | | | **30,195.00** | **11,725.00** | **18,470.00** |
| ACCOUNT NO.<br>**Bruce Minaee**<br>**3920 Twyla Lane**<br>**Campbell, CA  95008** | | | **Unpaid Wages, etc** | | | | **37,505.00** | **11,725.00** | **25,780.00** |
| ACCOUNT NO.<br>**Burl Evan DuBose**<br>**5732 Camden Village Ct**<br>**San Jose, CA  95124** | | | **Unpaid Wages, etc** | | | | **25,549.00** | **11,725.00** | **13,824.00** |
| ACCOUNT NO.<br>**Charles E. Bray**<br>**7226 Winterwillow Court**<br>**Sacramento, CA  95828** | | | **Unpaid Wages, etc** | | | | **31,710.00** | **11,725.00** | **19,985.00** |
| ACCOUNT NO.<br>**Christopher Adams-Hart**<br>**27 St. Michael Court**<br>**San Ramon, CA  94583** | | | **Unpaid Wages, etc** | | | | **84,570.00** | **11,725.00** | **72,845.00** |
| ACCOUNT NO.<br>**Christopher Cunningham**<br>**727 Modern Ice Dr.**<br>**San Jose, CA  94568** | | | **Unpaid Wages, etc** | | | | **30,838.00** | **11,725.00** | **19,113.00** |

Sheet no. __2__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **240,367.00** | $ **70,350.00** | $ **170,017.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   | $ | $

*© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE NovaSolar, Inc.                                          Case No. _____
_____
Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cuong Trinh**<br>**3383 Farthing Way**<br>**San Jose, CA 95132** | | | **Unpaid Wages, etc** | | | | **16,749.00** | **11,725.00** | **5,024.00** |
| ACCOUNT NO.<br>**Damir Popovac**<br>**39475 Gallaudet Dr. APT#324**<br>**Fremont, CA 94538** | | | **Unpaid Wages, etc** | | | | **54,188.00** | **11,725.00** | **42,463.00** |
| ACCOUNT NO.<br>**Darien R. Spencer**<br>**9 Alta Dr.**<br>**La Selva Beach, CA 95076** | | | **Unpaid Wages, etc** | | | | **146,316.00** | **11,725.00** | **134,591.00** |
| ACCOUNT NO.<br>**David B. Almeida**<br>**2910 Carlosn Blvd.**<br>**Richmond, CA 94804** | | | **unpaid wages, etc** | | | | **53,061.00** | **11,725.00** | **41,336.00** |
| ACCOUNT NO.<br>**David Jennings**<br>**842 Sylvaner Drive**<br>**Pleasanton, CA 94566** | | | **Unpaid Wages, etc** | | | | **45,505.00** | **11,725.00** | **33,780.00** |
| ACCOUNT NO.<br>**David L. Coffelt**<br>**3531 Walton Way**<br>**San Jose, CA 95117** | | | **Unpaid Wages, etc** | | | | **71,882.00** | **11,725.00** | **60,157.00** |

Sheet no. **3** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **387,701.00** $ **70,350.00** $ **317,351.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $           $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  NovaSolar, Inc.                                                    Case No. _____
_____
                     Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Deepak Shivaprasad 3776 Ferncroft Way Dublin, CA 94568** | | | Unpaid Wages, etc | | | | 55,057.00 | 11,725.00 | 43,332.00 |
| ACCOUNT NO. **Donald J. Frawley 635 Woodbridge Court Bencia, CA 94510** | | | Unpaid Wages, etc | | | | 48,263.00 | 11,725.00 | 36,538.00 |
| ACCOUNT NO. **Dwanelle Wynne 3254 Kansas St. Oakland, CA 94602** | | | Unpaid Wages, etc | | | | 28,171.00 | 11,725.00 | 16,446.00 |
| ACCOUNT NO. **Edgar Velasquez 1338 Skyline Dr. Daly City, CA 94015** | | | Unpaid Wages, etc | | | | 28,979.00 | 11,725.00 | 17,254.00 |
| ACCOUNT NO. **Edward R. Nelson 5080 Carter Ave San Jose, CA 95118** | | | Unpaid Wages, etc | | | | 33,886.00 | 11,725.00 | 22,161.00 |
| ACCOUNT NO. **Eric Bellman 871 Alonda Ct Hayward, CA 94541** | | | unpaid wages, etc | | | | 21,857.00 | 11,725.00 | 10,132.00 |

Sheet no. __4__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 216,213.00 | $ 70,350.00 | $ 145,863.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.                                          Case No. _____
_____
       Debtor(s)                                                   (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Erik G. Vaaler<br>PO Box 5441<br>Redwood City, CA  94063** | | | **Unpaid Wages, etc** | | | | **95,722.00** | **11,725.00** | **83,997.00** |
| ACCOUNT NO.<br>**Frank R. Lazo, Jr.<br>1176 Woodflower Way<br>San Jose, CA  95117** | | | **Unpaid Wages, etc** | | | | **42,879.00** | **11,725.00** | **31,154.00** |
| ACCOUNT NO.<br>**Gautam Ganguly<br>900 Lysander Ct.<br>San Ramon, CA  94582** | | | **Unpaid Wages, etc** | | | | **100,961.00** | **11,725.00** | **89,236.00** |
| ACCOUNT NO.<br>**Gladys Rouge<br>39917 Parada St., Unit A<br>Newark , CA  94560** | | | **Unpaid Wages, etc** | | | | **23,961.00** | **11,725.00** | **12,236.00** |
| ACCOUNT NO.<br>**Gordon Lui<br>38740 Adcock Dr.<br>Fremont, CA  94536** | | | **Unpaid Wages, etc** | | | | **29,761.00** | **11,725.00** | **18,036.00** |
| ACCOUNT NO.<br>**Greg Edgmon<br>157 Rowland Ct.<br>Galt, CA  95632** | | | **Unpaid Wages, etc** | | | | **51,319.00** | **11,725.00** | **39,594.00** |

Sheet no. __5__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **344,603.00** | $ **70,350.00** | $ **274,253.00** |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>NovaSolar, Inc.</u>        Case No. _____

          Debtor(s)                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Henry Pang** | | | **Unpaid Wages, etc** | | | | **0.00** | | |
| ACCOUNT NO. <br> **HM Low** | | | **Unpaid Wages, etc** | | | | **0.00** | | |
| ACCOUNT NO. <br> **Hock Huat Melvin Soon** | | | **Unpaid Wages, etc** | | | | **0.00** | | |
| ACCOUNT NO. <br> **James Newton** <br> **110 Barn Elm Road** <br> **Williamsburg, VA  23188** | | | **Unpaid Wages, etc** | | | | **34,698.00** | **11,725.00** | **22,973.00** |
| ACCOUNT NO. <br> **Jeff B. Havenga** <br> **2250 Monroe Street, #188** <br> **Santa Clara, CA  95050** | | | **Unpaid Wages, etc** | | | | **68,184.00** | **11,725.00** | **56,459.00** |
| ACCOUNT NO. <br> **Jim Harroun** <br> **1073 Chloe Ct.** <br> **Concord, CA  94518** | | | **Unpaid Wages, etc** | | | | **30,505.00** | **11,725.00** | **18,780.00** |

Sheet no.   **6** of   **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                Subtotal
            (Totals of this page)    $ **133,387.00**   $ **35,175.00**   $ **98,212.00**

                        Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

                        Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)       $       $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>NovaSolar, Inc.</u>                                      Case No. _____
<div align="center">Debtor(s)                                                                                    (If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jimmy Mei**<br>**1587 Stubbins Way**<br>**San Jose, CA 95132** | | | **Unpaid Wages, etc** | | | | 30,838.00 | 11,725.00 | 19,113.00 |
| ACCOUNT NO.<br>**John G. Tavares**<br>**3321 Joanne Ave**<br>**San Jose, CA 95127** | | | **Unpaid Wages, etc** | | | | 25,414.00 | 11,725.00 | 13,689.00 |
| ACCOUNT NO.<br>**John Hollowell**<br>**36575 Montecito Dr**<br>**Fremont, CA 94536** | | | **Unpaid Wages, etc** | | | | 30,005.00 | 11,725.00 | 18,280.00 |
| ACCOUNT NO.<br>**Joseph T. Alejandro**<br>**405 Rancho Arroyo Pkwy Apt. #386**<br>**Frremont, CA 94536** | | | **Unpaid Wages, etc** | | | | 16,179.00 | 11,725.00 | 4,454.00 |
| ACCOUNT NO.<br>**K. K. Khoo** | | | **Unpaid Wages, etc** | | | | 0.00 | | |
| ACCOUNT NO.<br>**Kamal Bhatia**<br>**306 Via Rosario**<br>**Fremont, CA 94539** | | | **Unpaid Wages, etc** | | | | 26,327.00 | 11,725.00 | 14,602.00 |

Sheet no. __7__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)  $ **128,763.00** | $ **58,625.00** | $ **70,138.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
<div style="text-align:center">Debtor(s)                                   (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
<div style="text-align:center">(Type of Priority for Claims Listed on This Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Karen C. Cruden**<br>**3681 Virgin Island Ct.**<br>**Pleasanton, CA 94588** | | | **Unpaid Wages, etc** | | | | **24,225.00** | **11,725.00** | **12,500.00** |
| ACCOUNT NO.<br>**Lance A. Sweet**<br>**108 Hidden Dr**<br>**Scotts Valley, CA 95066** | | | **Unpaid Wages, etc** | | | | **41,945.00** | **11,725.00** | **30,220.00** |
| ACCOUNT NO.<br>**Lee Coates**<br>**248 Helen Dr.**<br>**Millbrae, CA 94030** | | | **Unpaid Wages, etc** | | | | **42,893.00** | **11,725.00** | **31,168.00** |
| ACCOUNT NO.<br>**Leroy W. Bracken**<br>**315 Teilh Dr**<br>**Boulder Creek, CA 95006** | | | **Unpaid Wages, etc** | | | | **26,711.00** | **11,725.00** | **14,986.00** |
| ACCOUNT NO.<br>**LH Teo** | | | **Unpaid Wages, etc** | | | | **0.00** | | |
| ACCOUNT NO.<br>**Linh To**<br>**1725 Quimby Rd.**<br>**San Jose, CA 95122** | | | **Unpaid Wages, etc** | | | | **18,662.00** | **11,725.00** | **6,937.00** |

Sheet no. __8__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal<br>(Totals of this page)   $ **154,436.00**   $ **58,625.00**   $ **95,811.00**

Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total<br>(Use only on last page of the completed Schedule E. If applicable,<br>report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
<div style="text-align:center">Debtor(s)                             (If known)</div>

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
<div style="text-align:center">(Type of Priority for Claims Listed on This Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Louis Luong**<br>**3519 Deanes Ln**<br>**Capitola, CA 95010** | | | **Unpaid Wages, etc** | | | | **26,845.00** | **11,725.00** | **15,120.00** |
| ACCOUNT NO.<br>**Lowell I. Jacobson**<br>**323 Lockwood Ln**<br>**Scotts Valley, CA 95066** | | | **Unpaid Wages, etc** | | | | **27,870.00** | **11,725.00** | **16,145.00** |
| ACCOUNT NO.<br>**Marc Ramirez**<br>**2921 Northwood Dr.**<br>**Alameda, CA 94501** | | | **Unpaid Wages, etc** | | | | **49,096.00** | **11,725.00** | **37,371.00** |
| ACCOUNT NO.<br>**Marvin Bartolo**<br>**4143 Memoir Ave**<br>**Tracy, CA 95377** | | | **unpaid wages, etc** | | | | **8,640.00** | **8,640.00** | |
| ACCOUNT NO.<br>**Marvin S. Keshner**<br>**16591 Charles Otter Dr**<br>**Sonora, CA 95370** | | | **Unpaid Wages, etc** | | | | **137,145.00** | **11,725.00** | **125,420.00** |
| ACCOUNT NO.<br>**Melissa (Yuk Kwan) Tse**<br>**2641 Berkshire Drive**<br>**San Bruno, CA 94066** | | | **Unpaid Wages, etc** | | | | **41,857.00** | **11,725.00** | **30,132.00** |

Sheet no. **9** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **291,453.00** | $ **67,265.00**    $ **224,188.00** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $     $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.                                                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael Garey**<br>**157 Oneil Circle**<br>**Hercules, CA  94547** | | | **Unpaid Wages, etc** | | | | 108,684.00 | 11,725.00 | 96,959.00 |
| ACCOUNT NO.<br>**Michael Yee**<br>**962 Buckeye Dr.**<br>**Sunnyvale, CA  94086** | | | **Unpaid Wages, etc** | | | | 50,067.00 | 11,725.00 | 38,342.00 |
| ACCOUNT NO.<br>**Nagi Kalad**<br>**1301 Galway Ct.**<br>**Normal, IL  61716** | | | **Unpaid Wages, etc** | | | | 97,134.00 | 11,725.00 | 85,409.00 |
| ACCOUNT NO.<br>**Philip Pham**<br>**32443 Lois Way**<br>**Union City, CA  94587** | | | **Unpaid Wages, etc** | | | | 29,670.00 | 11,725.00 | 17,945.00 |
| ACCOUNT NO.<br>**Rajinder Singh**<br>**5133 West Port Way**<br>**Union City, CA  94587** | | | **Unpaid Wages, etc** | | | | 19,548.00 | 11,725.00 | 7,823.00 |
| ACCOUNT NO.<br>**Richard Comer**<br>**1260 Ribbon St**<br>**Foster City, CA  94404** | | | **Unpaid Wages, etc** | | | | 32,313.00 | 32,313.00 | |

Sheet no. __10__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **337,416.00**   $ **90,938.00**   $ **246,478.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $            $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
         Debtor(s)                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ricky J. Coushman**<br>**1260 Ribbon St**<br>**Milpitas, CA  95035** | | | **Unpaid Wages, etc** | | | | **35,207.00** | **11,725.00** | **23,482.00** |
| ACCOUNT NO.<br>**Robert Wilson**<br>**2585 Louis Road**<br>**Palo Alto, CA  94303** | | | **Unpaid Wages, etc** | | | | **34,462.00** | **11,725.00** | **22,737.00** |
| ACCOUNT NO.<br>**Rodney Jonoubei**<br>**7092 Anjou Creek Circle**<br>**San Jose, CA  95120** | | | **Unpaid Wages, etc** | | | | **61,466.00** | **11,725.00** | **49,741.00** |
| ACCOUNT NO.<br>**Romin Puri**<br>**1356 Franchere Pl**<br>**Sunnyvale, CA  94087** | | | **Unpaid Wages, etc** | | | | **64,616.00** | **11,725.00** | **52,891.00** |
| ACCOUNT NO.<br>**Ron Puryear**<br>**28849 North 46th Way**<br>**Cave Creek, AZ  85331** | | | **Unpaid Wages, etc** | | | | **66,459.00** | **11,725.00** | **54,734.00** |
| ACCOUNT NO.<br>**Scott A. Johnson**<br>**2656 Velvet Way**<br>**Walnut Creek, CA  94596** | | | **Unpaid Wages, etc** | | | | **113,118.00** | **11,725.00** | **101,393.00** |

Sheet no. __11__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **375,328.00** $ **70,350.00** $ **304,978.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $                    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.         Case No. _____
_____
       Debtor(s)                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SK Law | | | Unpaid Wages, etc | | | | 0.00 | | |
| ACCOUNT NO. <br> Sophaly Hiep <br> 1776 Monrovia Dr. <br> San Jose, CA  95122 | | | Unpaid Wages, etc | | | | 27,686.00 | 11,725.00 | 15,961.00 |
| ACCOUNT NO. <br> Stephen W. Rush <br> 235 W.Lake Center, Ste 193 <br> Daly City, CA  94015 | | | Unpaid Wages, etc | | | | 96,462.00 | 11,725.00 | 84,737.00 |
| ACCOUNT NO. <br> Tac Huynh <br> 1350 Bedford St <br> Fremont, CA  94539 | | | Unpaid Wages, etc | | | | 31,239.00 | 11,725.00 | 19,514.00 |
| ACCOUNT NO. <br> Ted Dang <br> 4880 Redwood Ave <br> Dublin, CA  94568 | | | Unpaid Wages, etc | | | | 30,916.00 | 11,725.00 | 19,191.00 |
| ACCOUNT NO. <br> Terrance Lai <br> 19996 Shadow Creek Cir <br> Castro Valley, CA  94552 | | | Unpaid Wages, etc | | | | 14,712.00 | 11,725.00 | 2,987.00 |

Sheet no. __12__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ 201,015.00   $ 58,625.00   $ 142,390.00

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $      $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
               Debtor(s)                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Thach N. Trinh<br>Rm C15-4, Floor 15,Block C<br>Ho Chi Minh,    Viet** | | | **Unpaid Wages, etc** | | | | **69,998.00** | **11,725.00** | **58,273.00** |
| ACCOUNT NO.<br>**Thomas Blaesi<br>117 Esmeralda Court<br>Santa Cruz, CA  95060** | | | unpaid wages, etc | | | | **43,083.00** | **11,725.00** | **31,358.00** |
| ACCOUNT NO.<br>**Valerie DeViller<br>1237 Fiddleneck St.<br>Plumas Lake, CA  95961** | | | **Unpaid Wages, etc** | | | | **21,998.00** | **11,725.00** | **10,273.00** |
| ACCOUNT NO.<br>**Varun Gopalakrishna<br>1264 Carmel Way<br>Santa Clara, CA  95050** | | | **Unpaid Wages, etc** | | | | **33,761.00** | **11,725.00** | **22,036.00** |
| ACCOUNT NO.<br>**Victor S. Thompson<br>4035 Hensley Circle<br>El Dorada Hills, CA  95762** | | | **Unpaid Wages, etc** | | | | **38,473.00** | **11,725.00** | **26,748.00** |
| ACCOUNT NO.<br>**Wendy Craig<br>5759 Gold Creek Dr.<br>Castro Valley, CA  94552** | | | **Unpaid Wages, etc** | | | | **26,968.00** | **11,725.00** | **15,243.00** |

Sheet no. __**13**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                                   Subtotal
(Totals of this page) $ **234,281.00** | $ **70,350.00** | $ **163,931.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** NovaSolar, Inc. _____  Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wilfred Y. Ma**<br>**3245 Andora Dr**<br>**San Jose, CA 95148** | | | Unpaid Wages, etc | | | | **18,384.00** | **11,725.00** | **6,659.00** |
| ACCOUNT NO.<br>**Xiao Jin Tang**<br>**292 Channi Loop**<br>**Danville, CA 94506** | | | Unpaid Wages, etc | | | | **14,953.00** | **11,725.00** | **3,228.00** |
| ACCOUNT NO.<br>**YF Choo** | | | Unpaid Wages, etc | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **14** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $ **33,337.00** | $ **23,450.00** | $ **9,887.00** |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NovaSolar, Inc.** _____ Case No. _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Franchise Tax Board BANKRUPTCY SECTION MS A340 PO BOX 2952 Sacramento, CA 95812-2952** | | | **Wage Related Taxes** | | | | **250,000.00** | **250,000.00** | |
| ACCOUNT NO. **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **15** of **15** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **250,000.00** $ **250,000.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **3,505,011.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,135,153.00** $ **2,369,858.00**

IN RE NovaSolar, Inc. _____  Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **ACWD** <br> **PO Box 45676** <br> **San Francisco, CA 94145** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Advantec Packaging Ltd** <br> **11 Canning Cres Cambridge ON N1T 1X2** <br> **Canada,** | | | | | | | **42,307.25** |
| ACCOUNT NO. | | | | | | | |
| **Air Liquide Electronics US LP** <br> **9101 LBJ Freeway, Suite 800** <br> **Dixon, CA 95620** | | | | | | | **128.80** |
| ACCOUNT NO. | | | | | | | |
| **Air Perfection** <br> **241 West A Street** <br> **Dixon, CA 95620** | | | | | | | **305.00** |

**12** continuation sheets attached

Subtotal
(Total of this page) $ **42,741.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.                                    Case No. _____
_____                              _____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Air Products And Chemicals Inc.** **7201 Hamilton Blvd.** **Allentown, PA  18195** | | | | | | | 1,837.50 |
| ACCOUNT NO. | | | | | | | |
| **Alameda County Water** **PO Box 45676** **San Francisco, CA  94145** | | | | | | | 65.42 |
| ACCOUNT NO. | | | | | | | |
| **Alhambra & Sierra Springs** **PO Box 660579** **Dallas, TX  75266** | | | | | | | 596.31 |
| ACCOUNT NO. | | | | | | | |
| **Allied Administrators Of Delta Dental** **San Francisco, CA  94145** | | | | | | | 30,944.85 |
| ACCOUNT NO. | | | | | | | |
| **Allied Electronics** **PO Box 2325** **Fort Worth, TX  76113** | | | | | | | 337.20 |
| ACCOUNT NO. | | | | | | | |
| **Apex Machining Inc.** **1997 Hartog Drive** **San Jose, CA  95131** | | | | | | | 541.80 |
| ACCOUNT NO. **UD** | | | Unlawful Detainer judgment for $243,180.98. | X | | | |
| **Arden Realty Limited Partnership** **A Maryland Limited Partnership** **11601 Wilshire Boulevard, Fourth Floor** **Los Angeles, CA  90025** | | | | | | | 243,180.98 |

Sheet no. _____**1**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **277,504.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.                                                    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bay Advanced Technologies, LLC** **8100 Central Avenue** **Newark, CA  94560** | | | | | | | **4,827.56** |
| ACCOUNT NO. **Bay Area Quality Managment District** **939 Ellis Street** **San Francisco, CA  94109** | | | | | | | **0.00** |
| ACCOUNT NO. **Bay Seal Company** **PO Box 6145** **Hayward,** | | | | | | | **0.00** |
| ACCOUNT NO. **Bay Seal Company** **PO Box 6145** **Hayward,** | | | | | | | **7,965.65** |
| ACCOUNT NO. **Bekaert Advanced Coatings N.V.** **3 Laan 75/79 B-9800 Deinze** **Belgium,** | | | | | | | **0.00** |
| ACCOUNT NO. **Big Joe Handling Systems Inc.** **25932 Eden Landing Road** **Hayward, CA  94545** | | | | | | | **0.00** |
| ACCOUNT NO. **Big Joe Handling Systems Inc.** **25932 Eden Landing Road** **Hayward, CA  94545** | | | | | | | **13,851.44** |

Sheet no. _____**2**___ of ____**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **26,644.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>NovaSolar, Inc.</u>                                      Case No. _____
<span style="text-align:center">Debtor(s)</span>                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Blue Shield Of California** | | | | | | | **0.00** |
| ACCOUNT NO. **Busch Vaccum Pumps And Sysgtems** **PO Box 100602** **Atlanta, GA  30384** | | | | | | | **80,934.00** |
| ACCOUNT NO. **Century Link** **PO Box 52187** **Phoenix, AZ  85072** | | | | | | | **719.19** |
| ACCOUNT NO. **CH Bull Company** **229 Utah Avenue** **South San Francisco, CA  94080** | | | | | | | **1,050.94** |
| ACCOUNT NO. **Citadel Environmental Services Inc.** **2033 Gateway Office** **San Jose, CA  95110** | | | | | | | **9,501.89** |
| ACCOUNT NO. **City Of Fremont** **3955o Liberty Street** **Fremont, CA  94538** | | | | | | | **1,800.00** |
| ACCOUNT NO. **City Of Fremont Financial Services** **PO Box 5006** **Fremont, CA  94537** | | | | | | | **2,823.23** |

Sheet no. _____**3**___ of ____**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **96,829.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

<span style="writing-mode:vertical">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B6F (Official Form 6F) (12/07) - Cont.

IN RE NovaSolar, Inc.      Case No. _____
     Debtor(s)                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Coast Metal Cutting** <br> **2500 Bay Rd** <br> **Redwood City, CA 94063** | | | | | | | 60.00 |
| ACCOUNT NO. <br> **Cole-Parmer** <br> **625 Eat Bunker Court** <br> **Vernon Hills, IL 60061** | | | | | | | 482.00 |
| ACCOUNT NO. <br> **Comdel Inc.** <br> **11Kondelin Road** <br> **Gloucester, MA 01930** | | | | | | | 9,915.00 |
| ACCOUNT NO. <br> **Construction Testing Services** <br> **2174 Rheem Dr., #201** <br> **Santa Clara, CA 95054** | | | | | | | 9,188.45 |
| ACCOUNT NO. <br> **Cummins West Inc.** <br> **14775 Wicks Blvd** <br> **San Leandroca, CA 94577** | | | | | | | 752.90 |
| ACCOUNT NO. <br> **Digi-Key** <br> **PO Box 250** <br> **Thief Rive Falls, MN 56704** | | | | | | | 251.23 |
| ACCOUNT NO. <br> **E And M** <br> **126 Mill Street** <br> **Healdsburg, CA 95448** | | | | | | | 1,756.38 |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,405.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE NovaSolar, Inc.        Case No. _____
           Debtor(s)                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **EIT LLC** <br> **22815 Glenn Drive** <br> **Sterling, VA  20164** | | | | | | | **1,234.20** |
| ACCOUNT NO. <br> **Encore Industries** <br> **597 Brennan Street** <br> **San Jose, CA  95131** | | | | | | | **22,752.20** |
| ACCOUNT NO. <br> **Enterprise Commercial Trucks** <br> **PO Box 2478** <br> **San Leandro, CA  94577** | | | | | | | **6,283.52** |
| ACCOUNT NO. <br> **Espec North America Inc.** <br> **4141 Central Parkway** <br> **Hudsonville, MI  49426** | | | | | | | **1,235.78** |
| ACCOUNT NO. <br> **FedEx Freight** <br> **PO Box 21415** <br> **Pasadena, CA  91185** | | | | | | | **2,739.90** |
| ACCOUNT NO. <br> **Fenwick & West LLP** <br> **PO Box 6000** <br> **San Francisco, CA  94160** | | | | | | | **14,487.98** |
| ACCOUNT NO. <br> **FTC Assembly** <br> **1309 N. 17th SAve** <br> **Greely, CO  80631** | | | | | | | **328.00** |

Sheet no. ____**5**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                               (Total of this page)   $   **49,061.58**

                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____  Case No. _____
                     Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Graebel/Erickson Movers** <br> **2020 South 10th Street** <br> **San Jose, CA** | | | | | | | 17,765.43 |
| ACCOUNT NO. <br> **Grainger** <br> **1617 Insustrial Parkway** <br> **Hayward, CA  94544** | | | | | | | 2,127.76 |
| ACCOUNT NO. <br> **Greatech** <br> **Plot 287B Lengkok Kam Phase 3 Bayan Lepa** <br> **Malaysia,     11900** | | | | | | | 37,634.00 |
| ACCOUNT NO. <br> **Hawk Ridge Systems LLC** <br> **5707 Redwoo Rd. #1** <br> **Oakland, CA  94619** | | | | | | | 2,060.42 |
| ACCOUNT NO. <br> **Hewlett Packard Company** <br> **3000 Hanover Street** <br> **Palo Alto, CA  94304** | | | | | | | 1,196.80 |
| ACCOUNT NO. <br> **HTH Worldwide** <br> **One Radnor Corp, Suite 100** <br> **Randor, PA  19087** | | | | | | | 9,905.00 |
| ACCOUNT NO. <br> **Innovated Packaging Co., Inc.** <br> **38505 Cherry Street** <br> **Newark, CA  94560** | | | | | | | 15,180.00 |

Sheet no. ____**6**__ of ___**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **85,869.41**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NovaSolar, Inc.** _____  Case No. _____
<span style="font-size:smaller">Debtor(s)</span>                                          <span style="font-size:smaller">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Integrated Engineering Services** <br> **70 Saratoga Ave., Ste. 200** <br> **Santa Clara, CA 95051** | | | | | | | **162,703.02** |
| ACCOUNT NO. <br> **Intertek Testing Services NA, Inc.** <br> **1365 Adams Court** <br> **Menlo Park, CA 94025** | | | | | | | **4,710.00** |
| ACCOUNT NO. <br> **Intraserve Systems** <br> **94 Bonaventura Dr.** <br> **San Jose, CA 95134** | | | | | | | **28,109.03** |
| ACCOUNT NO. <br> **Italix Company Incorporated** <br> **2232 Calle Del Mundo** <br> **Santa Clara, CA 95054** | | | | | | | **756.93** |
| ACCOUNT NO. <br> **J.A. Woolman Co., Inc.** <br> **645 M Street Suite 102** <br> **Lincoln, NE 68508** | | | | | | | **127,680.00** |
| ACCOUNT NO. <br> **JLP Building Maintenance** <br> **48834 Kato Road** <br> **Fremont, CA 94538** | | | | | | | **850.00** |
| ACCOUNT NO. <br> **Labor Maxinig Staffing** <br> **218 S. St. Suite 201** <br> **eXCELSIOR sPRINGS, MO 64024** | | | | | | | **955.60** |

Sheet no. _____**7**_____ of _____**12**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **325,764.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

<span style="writing-mode:vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**IN RE** NovaSolar, Inc.                                                    Case No. _____
<br>Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Leading Edge Logistics (HK) Limited** <br> **5F, CHT Tower Terminaal Container PortRo** <br> **Kwai Chung,** | | | | | | | 70,650.60 |
| ACCOUNT NO. <br> **LGA Thin Films** <br> **3070 Lawrence Expressway** <br> **Santa Clara, CA  95051** | | | | | | | 824.24 |
| ACCOUNT NO. <br> **Lincol Financials** <br> **PO Box 0821** <br> **Carol Stream, IL  60132** | | | | | | | 437.17 |
| ACCOUNT NO. <br> **Mainfrieght San Francisco** <br> **50 Tanforan Avenue** <br> **South San Francisco, CA** | | | | | | | 4,239.00 |
| ACCOUNT NO. <br> **Masery Communications** <br> **PO Box 671454** <br> **Dallas, TX  75267** | | | | | | | 3,045.33 |
| ACCOUNT NO. <br> **Matriscope Engineering Laboratories, Inc** <br> **436 14th Street** <br> **Oakland, CA  94612** | | | | | | | 572.00 |
| ACCOUNT NO. <br> **Misumi USA Inc** <br> **1717 Penny Lane** <br> **Schaumburg, IL  60173** | | | | | | | 399.73 |

Sheet no. _____ **8** of _____ **12** continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)    $   **80,168.07**

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc.                                    Case No. _____
_____                        (If known)
        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Mohler, Nixon & Williams** **635 Campbell Technology** **Campbell, CA  95008** | | | | | | | **956.00** |
| ACCOUNT NO. **Norman S. Wright Mechanical Equipment Co** **Lisa D, Wright** **99A South Hill Drive** **Brisbane, CA  94005** | | | Civil action, HG12617499 | X | X | X | **23,732.73** |
| ACCOUNT NO. **Overton Security Services, Iinc.** **394 Paseo Padre Pkywy** **Fremont, CA  94537** | | | | | | | **0.50** |
| ACCOUNT NO. **Oxford Global Resources Inc.** **PO Box 3265** **Boston, MA  02241** | | | | | | | **8,365.00** |
| ACCOUNT NO. **Pampa Technologies** **PO Box 7034** **San Mateo, CA  94403** | | | | | | | **51,632.75** |
| ACCOUNT NO. **PGE** **PO Box 997300** **Sacramentoca 95899,** | | | | | | | **17,930.46** |
| ACCOUNT NO. **Protem Mechamnical Inc** **3350 Scott Blvd, Bdg 3** **Santa Clara, CA  95054** | | | | | | | **17,645.00** |

Sheet no. ____**9**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **120,262.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____  Case No. _____
                     Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RA Tool & Die** **1500 Watt Drive** **Santa Clara, CA 95054** | | | | | | | **625.31** |
| ACCOUNT NO. **Richard A. Karlquist** **PO Box 2010** **Cupertino, CA 95015** | | | | | | | **2,850.00** |
| ACCOUNT NO. **Royal Wholesale Elctric** **14492 Doolittle Drive** **San Leandro, CA 94577** | | | | | | | **9,950.49** |
| ACCOUNT NO. **Scotts Valley Magnetics Inc.** **300 El Pueblo Road** **Scotts Valley, CA** | | | | | | | **1,300.00** |
| ACCOUNT NO. **Sharp Business Systems** **9101 LBJ Freeway** **DALLAS, TX 75243** | | | | | | | **84.25** |
| ACCOUNT NO. **Smit Ovens B.V.** **Ekkersrijt 4302** **5692 DH SON** | | | 183,612.75 | | | | **183,612.75** |
| ACCOUNT NO. **Stafford Ventures LLC** **PO Box 7017** **Stateline, NV 89449** | | | | | | | **15,000.00** |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **213,422.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____ Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Staples Contract & Commerical Inic.** 500 Staples Drive Framingham, MA 01702 | | | | | | | 499.10 |
| ACCOUNT NO. **Stirling Engineering Inc** 377 Neilson Court San Jjose, CA 95111 | | | | | | | 1,928.90 |
| ACCOUNT NO. **Techmaster Electronics** 48531 Warm Springs Blvd. Fremont, CA 94539 | | | | | | | 969.00 |
| ACCOUNT NO. **TelePacific Coommmunications** PO Box 526015 Sacramento, CA 95852 | | | | | | | 671.29 |
| ACCOUNT NO. **The Ascent Services Group** Dept.#34331 San Francisco, CA 94139 | | | | | | | 7,008.00 |
| ACCOUNT NO. **Titan Wire & Cable** 1105 Marietta Way Sparks, NV 89431 | | | | | | | 1,265.28 |
| ACCOUNT NO. **Tricore Solutions LLC** 141 Longwater Drive Norwell, MA 02061 | | | | | | | 9,750.00 |

Sheet no. __11__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,091.57**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NovaSolar, Inc. _____  Case No. _____
                              Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**United Mechanical Inc.**<br>**2161 Oakland Road**<br>**San Jose, CA 95131** | | | | | | | 1,826.68 |
| ACCOUNT NO. <br><br>**Vignani Inc**<br>**42808 Christy Street**<br>**Fremont, CA 94538** | | | | | | | 21,320.00 |
| ACCOUNT NO. <br><br>**Wolfe Engineeriing**<br>**3040 N 1st St**<br>**San Jose, CA 95134** | | | | | | | 5,000.00 |
| ACCOUNT NO. <br><br>**World Wide Aquisitions And Sales Inc.**<br>**330 Keller Street #201**<br>**Santa Clara, CA 95054** | | | | | | | 8,448.81 |
| ACCOUNT NO. <br><br>**XL Construction Corporation**<br>**851 Buckeye Court**<br>**Milpitas, CA 95035** | | | Litigation matter, HG12625279, commenced on April 11, 2012 | X | X | X | 2,379,986.91 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. \_\_\_\_**12**\_\_\_ of \_\_\_\_**12**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
          (Total of this page)  $ **2,416,582.40**

                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **3,779,347.82**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>NovaSolar, Inc.</u>            Case No. _____

                Debtor(s)                                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Commercial Lease**<br>**1855 Dobbin Way**<br>**San Jose, CA 95133** | **Commercial Lease** |
| **XL Construction**<br>**851 Buckeye Court**<br>**Milpitas, CA 95035** | **general construction contract for improvements to buildiing located at 48664 Milmont, Fremont, CA** |
| **William K. Hurley**<br>**Miller, Morton, Caillat & Nevis, LLP**<br>**25 Metro Drive, 7th Floor**<br>**San Jose, CA 95110** | |
| **Arden Realty Limited Partnership**<br>**A Maryland Limited Partnership**<br>**11601 Wilshire Boulevard, Fourth Floor**<br>**Los Angeles, CA 90025** | **lease for 65,000 sq ft commercial buildiing located at 48664 Milmont Drive, Fremont, CA 94538** |
| **Karla J. Kraft/Ashley E. Merlo**<br>**Hodel Briggs Winter LLP**<br>**8105 Irvine Center Drive, Suite 1400**<br>**Irvine, CA 92618** | |
| **Patrick C. McGarrigle, Esq.**<br>**McGarrigle, Kenney & Zampiello, APC**<br>**9600 Topanga Canyon Boulevard, Suite 200**<br>**Chatsworth, CA 91311** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NovaSolar, Inc.** _____ Case No. _____
<span style="margin-left:3em">Debtor(s)</span> <span style="float:right">(If known)</span>

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** NovaSolar, Inc.                                                                    Case No. _____
 
_____                                          _____
                        Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                                                      Debtor

Date: _____        Signature: _____

                                                                                               (Joint Debtor, if any)

                                                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **NovaSolar, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**38** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 15, 2012** _____        Signature: ***/s/ Darien Spencer*** _____

                                        **Darien Spencer** _____
                                                                                (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                                    Case No. _____

NovaSolar, Inc. _____      Chapter **11** _____

                                    Debtor(s)

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of _____ **6** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 15, 2012**

                    */s/ Scott L. Goodsell* _____
                    Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

NovaSolar, Inc.
25125 Santa Clara Street, Ste. E, PMB #1
Hayward, CA 94544

Alameda County Water
PO Box 45676
San Francisco, CA 94145

AT&T
PO Box 5025
Carol Stream, IL 60197

Campeau Goodsell Smith
440 N. 1st St., #100
San Jose, CA 95112-0000

Aleksey Feldman
2220 Homestead Ct, #314
Los Altos, CA 94024

B&H Technical Ceramics
390 Insutrial Road
San Carlos, CA 94070

Aaron Gonzales
2125 Alfred George Ct.
Tracy, CA 95337

Alhambra & Sierra Springs
PO Box 660579
Dallas, TX 75266

Bay Advanced Technologies, LLC
8100 Central Avenue
Newark, CA 94560

ACWD
PO Box 45676
San Francisco, CA 94145

All American Trucking & Transport
1590 Rollins Road
Burlingame, CA 94010

Bay Area Quality Managment District
939 Ellis Street
San Francisco, CA 94109

Advantec Packaging Ltd
11 Canning Cres Cambridge ON N1T 1X2
Canada,

Allied Administrators Of Delta Dental
San Francisco, CA 94145

Bay Seal Company
PO Box 6145
Hayward,

Air Liquide Electronics US LP
9101 LBJ Freeway, Suite 800
Dixon, CA 95620

Allied Electronics
PO Box 2325
Fort Worth, TX 76113

Bekaert Advanced Coatings N.V.
3 Laan 75/79 B-9800 Deinze
Belgium,

Air Perfection
241 West A Street
Dixon, CA 95620

Andrew Kalt
887 Cayugo Ave
San Francisco, CA 94112

Bernardo Castillo
7226 Winterwillow Court
Sacramento, CA 95828

Air Products And Chemicals Inc.
7201 Hamilton Blvd.
Allentown, PA 18195

Apex Machining Inc.
1997 Hartog Drive
San Jose, CA 95131

Big Joe Handling Systems Inc.
25932 Eden Landing Road
Hayward, CA 94545

Airgas Northern CA & NV Inc.
PO Box
Pasadena, CA 91109

Arden Realty Limited Partnership
A Maryland Limited Partnership
11601 Wilshire Boulevard, Fourth Floor
Los Angeles, CA 90025

Bobby B. Nguyen
1659 Ambergrove Dr.
San Jose, CA 95131

Alameda County Clerk/Recorder's Office
1106 Madison Street
Oakland, CA 94607

Arindam Banerjee
207 Lyndhurst Pl;
San Ramon, CA 94583

Brian J. Contant
7510 Corrine
San Ramon, CA 94583

| | | |
|---|---|---|
| Bruce Minaee<br>3920 Twyla Lane<br>Campbell, CA 95008 | City Of Fremont Financial Services<br>PO Box 5006<br>Fremont, CA 94537 | David B. Almeida<br>2910 Carlosn Blvd.<br>Richmond, CA 94804 |
| Burl Evan DuBose<br>5732 Camden Village Ct<br>San Jose, CA 95124 | Coast Metal Cutting<br>2500 Bay Rd<br>Redwood City, CA 94063 | David Jennings<br>842 Sylvaner Drive<br>Pleasanton, CA 94566 |
| Busch Vaccum Pumps And Sysgtems<br>PO Box 100602<br>Atlanta, GA 30384 | Cole-Parmer<br>625 Eat Bunker Court<br>Vernon Hills, IL 60061 | David L. Coffelt<br>3531 Walton Way<br>San Jose, CA 95117 |
| Century Link<br>PO Box 52187<br>Phoenix, AZ 85072 | Comdel Inc.<br>11Kondelin Road<br>Gloucester, MA 01930 | Deepak Shivaprasad<br>3776 Ferncroft Way<br>Dublin, CA 94568 |
| CH Bull Company<br>229 Utah Avenue<br>South San Francisco, CA 94080 | Commercial Lease<br>1855 Dobbin Way<br>San Jose, CA 95133 | Digi-Key<br>PO Box 250<br>Thief Rive Falls, MN 56704 |
| Charles E. Bray<br>7226 Winterwillow Court<br>Sacramento, CA 95828 | Construction Testing Services<br>2174 Rheem Dr., #201<br>Santa Clara, CA 95054 | Donald J. Frawley<br>635 Woodbridge Court<br>Bencia, CA 94510 |
| Christopher Adams-Hart<br>27 St. Michael Court<br>San Ramon, CA 94583 | Cummins West Inc.<br>14775 Wicks Blvd<br>San Leandroca, CA 94577 | Dwanelle Wynne<br>3254 Kansas St.<br>Oakland, CA 94602 |
| Christopher Cunningham<br>727 Modern Ice Dr.<br>San Jose, CA 94568 | Cuong Trinh<br>3383 Farthing Way<br>San Jose, CA 95132 | E And M<br>126 Mill Street<br>Healdsburg, CA 95448 |
| Citadel Environmental Services Inc.<br>2033 Gateway Office<br>San Jose, CA 95110 | Damir Popovac<br>39475 Gallaudet Dr. APT#324<br>Fremont, CA 94538 | Edgar Velasquez<br>1338 Skyline Dr.<br>Daly City, CA 94015 |
| City Of Fremont<br>3955o Liberty Street<br>Fremont, CA 94538 | Darien R. Spencer<br>9 Alta Dr.<br>La Selva Beach, CA 95076 | Edward R. Nelson<br>5080 Carter Ave<br>San Jose, CA 95118 |

EIT LLC
22815 Glenn Drive
Sterling, VA 20164

Frank R. Lazo, Jr.
1176 Woodflower Way
San Jose, CA 95117

HTH Worldwide
One Radnor Corp, Suite 100
Randor, PA 19087

Employment Development Department
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

FTC Assembly
1309 N. 17th SAve
Greely, CO 80631

Innovated Packaging Co., Inc.
38505 Cherry Street
Newark, CA 94560

Encore Industries
597 Brennan Street
San Jose, CA 95131

Gautam Ganguly
900 Lysander Ct.
San Ramon, CA 94582

Integrated Engineering Services
70 Saratoga Ave., Ste. 200
Santa Clara, CA 95051

Enterprise Commercial Trucks
PO Box 2478
San Leandro, CA 94577

Gladys Rouge
39917 Parada St., Unit A
Newark , CA 94560

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Eric Bellman
871 Alonda Ct
Hayward, CA 94541

Gordon Lui
38740 Adcock Dr.
Fremont, CA 94536

Intertek Testing Services NA, Inc.
1365 Adams Court
Menlo Park, CA 94025

Erik G. Vaaler
PO Box 5441
Redwood City, CA 94063

Grainger
1617 Insustrial Parkway
Hayward, CA 94544

Intraserve Systems
94 Bonaventura Dr.
San Jose, CA 95134

Espec North America Inc.
4141 Central Parkway
Hudsonville, MI 49426

Greatech
Plot 287B Lengkok Kam Phase 3 Bayan
Lepa
Malaysia,    11900

Italix Company Incorporated
2232 Calle Del Mundo
Santa Clara, CA 95054

FedEx Freight
PO Box 21415
Pasadena, CA 91185

Greg Edgmon
157 Rowland Ct.
Galt, CA 95632

J.A. Woolman Co., Inc.
645 M Street Suite 102
Lincoln, NE 68508

Fenwick & West LLP
PO Box 6000
San Francisco, CA 94160

Hawk Ridge Systems LLC
5707 Redwoo Rd. #1
Oakland, CA 94619

James Newton
110 Barn Elm Road
Williamsburg, VA 23188

Franchise Tax Board
BANKRUPTCY SECTION MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Hewlett Packard Company
3000 Hanover Street
Palo Alto, CA 94304

Jeff B. Havenga
2250 Monroe Street, #188
Santa Clara, CA 95050

| | | |
|---|---|---|
| Jim Harroun<br>1073 Chloe Ct.<br>Concord, CA 94518 | Lance A. Sweet<br>108 Hidden Dr<br>Scotts Valley, CA 95066 | Marvin Bartolo<br>4143 Memoir Ave<br>Tracy, CA 95377 |
| Jimmy Mei<br>1587 Stubbins Way<br>San Jose, CA 95132 | Leading Edge Logistics (HK) Limited<br>5F, CHT Tower Terminaal Container PortRo<br>Kwai Chung, | Marvin S. Keshner<br>16591 Charles Otter Dr<br>Sonora, CA 95370 |
| JLP Building Maintenance<br>48834 Kato Road<br>Fremont, CA 94538 | Lee Coates<br>248 Helen Dr.<br>Millbrae, CA 94030 | Masery Communications<br>PO Box 671454<br>Dallas, TX 75267 |
| John G. Tavares<br>3321 Joanne Ave<br>San Jose, CA 95127 | Leroy W. Bracken<br>315 Teilh Dr<br>Boulder Creek, CA 95006 | Matriscope Engineering Laboratories, Inc<br>436 14th Street<br>Oakland, CA 94612 |
| John Hollowell<br>36575 Montecito Dr<br>Fremont, CA 94536 | LGA Thin Films<br>3070 Lawrence Expressway<br>Santa Clara, CA 95051 | Melissa (Yuk Kwan) Tse<br>2641 Berkshire Drive<br>San Bruno, CA 94066 |
| Joseph T. Alejandro<br>405 Rancho Arroyo Pkwy Apt. #386<br>Frremont, CA 94536 | Lincol Financials<br>PO Box 0821<br>Carol Stream, IL 60132 | Michael Garey<br>157 Oneil Circle<br>Hercules, CA 94547 |
| Kamal Bhatia<br>306 Via Rosario<br>Fremont, CA 94539 | Linh To<br>1725 Quimby Rd.<br>San Jose, CA 95122 | Michael Yee<br>962 Buckeye Dr.<br>Sunnyvale, CA 94086 |
| Karen C. Cruden<br>3681 Virgin Island Ct.<br>Pleasanton, CA 94588 | Louis Luong<br>3519 Deanes Ln<br>Capitola, CA 95010 | Misumi USA Inc<br>1717 Penny Lane<br>Schaumburg, IL 60173 |
| Karla J. Kraft/Ashley E. Merlo<br>Hodel Briggs Winter LLP<br>8105 Irvine Center Drive, Suite 1400<br>Irvine, CA 92618 | Lowell I. Jacobson<br>323 Lockwood Ln<br>Scotts Valley, CA 95066 | Mohler, Nixon & Williams<br>635 Campbell Technology<br>Campbell, CA 95008 |
| Labor Maxinig Staffing<br>218 S. St. Suite 201<br>eXCELSIOR sPRINGS, MO 64024 | Marc Ramirez<br>2921 Northwood Dr.<br>Alameda, CA 94501 | Nagi Kalad<br>1301 Galway Ct.<br>Normal, IL 61716 |

Norman S. Wright Mechanical Equipment
Co
Lisa D, Wright
99A South Hill Drive
Brisbane, CA  94005

Rajinder Singh
5133 West Port Way
Union City, CA  94587

Sharp Business Systems
9101 LBJ Freeway
DALLAS, TX  75243


NovaSolar Holdings
Portcullis TrustNet Chambers
PO Box 3444
Road Town, Tortola  BVI,

Richard A. Karlquist
PO Box 2010
Cupertino, CA  95015

Sophaly Hiep
1776 Monrovia Dr.
San Jose, CA  95122


Overton Security Services, Iinc.
394 Paseo Padre Pkwy
Fremont, CA  94537

Richard Comer
1260 Ribbon St
Foster City, CA  94404

Stafford Ventures LLC
PO Box 7017
Stateline, NV  89449


Oxford Global Resources Inc.
PO Box 3265
Boston, MA  02241

Ricky J. Coushman
1260 Ribbon St
Milpitas, CA  95035

Staples Contract & Commerical Inic.
500 Staples Drive
Framingham, MA  01702


Pampa Technologies
PO Box 7034
San Mateo, CA  94403

Robert Wilson
2585 Louis Road
Palo Alto, CA  94303

Stephen W. Rush
235 W.Lake Center, Ste 193
Daly City, CA  94015


Patrick C. McGarrigle, Esq.
McGarrigle, Kenney & Zampiello, APC
9600 Topanga Canyon Boulevard, Suite 200
Chatsworth, CA  91311

Rodney Jonoubei
7092 Anjou Creek Circle
San Jose, CA  95120

Stirling Engineering Inc
377 Neilson Court
San Jjose, CA  95111


PGE
PO Box 997300
Sacramentoca 95899,

Romin Puri
1356 Franchere Pl
Sunnyvale, CA  94087

Tac Huynh
1350 Bedford St
Fremont, CA  94539


Philip Pham
32443 Lois Way
Union City, CA  94587

Ron Puryear
28849 North 46th Way
Cave Creek, AZ  85331

Techmaster Electronics
48531 Warm Springs Blvd.
Fremont, CA  94539


Protem Mechamnical Inc
3350 Scott Blvd, Bdg 3
Santa Clara, CA  95054

Royal Wholesale Elctric
14492 Doolittle Drive
San Leandro, CA  94577

Ted Dang
4880 Redwood Ave
Dublin, CA  94568


RA Tool & Die
1500 Watt Drive
Santa Clara, CA  95054

Scott A. Johnson
2656 Velvet Way
Walnut Creek, CA  94596

TelePacific Coommmunications
PO Box 526015
Sacramento, CA  95852

Terrance Lai
19996 Shadow Creek Cir
Castro Valley, CA  94552

Vignani Inc
42808 Christy Street
Fremont, CA  94538

Thach N. Trinh
Rm C15-4, Floor 15,Block C
Ho Chi Minh,    Viet

Wendy Craig
5759 Gold Creek Dr.
Castro Valley, CA  94552

The Ascent Services Group
Dept.#34331
San Francisco, CA  94139

Wilfred Y. Ma
3245 Andora Dr
San Jose, CA  95148

Thomas Blaesi
117 Esmeralda Court
Santa Cruz, CA  95060

William K. Hurley
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110

Titan Wire & Cable
1105 Marietta Way
Sparks, NV  89431

Willliam K. Hurley
Miller, Morton, Caillat & Nevis, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110

Tricore Solutions LLC
141 Longwater Drive
Norwell, MA  02061

Wolfe Engineeriing
3040 N 1st St
San Jose, CA  95134

United Mechanical Inc.
2161 Oakland Road
San Jose, CA  95131

World Wide Aquisitions And Sales Inc.
330 Keller Street #201
Santa Clara, CA  95054

Valerie DeViller
1237 Fiddleneck St.
Plumas Lake, CA  95961

Xiao Jin Tang
292 Channi Loop
Danville, CA  94506

Varun Gopalakrishna
1264 Carmel Way
Santa Clara, CA  95050

XL Construction
851 Buckeye Court
Milpitas, CA  95035

Victor S. Thompson
4035 Hensley Circle
El Dorada Hills, CA  95762

XL Construction Corporation
851 Buckeye Court
Milpitas, CA  95035