**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form MCD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: NovaSolar, Inc.<br>　dba　NovaSolar Technologies, Inc.<br>　　　　Debtor(s) | Case No.: 12–54528 CN 11<br>Chapter: 11 |

## NOTICE OF HEARING RE:
## MOTION TO CONVERT

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT A HEARING IN THIS CASE WILL BE HELD AT:

| | |
|---|---|
| **DATE:** April 15, 2013 | **TIME:** 02:00 PM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3070 3rd Fl., San Jose, CA 95113 | |

TO CONSIDER AND ACT UPON THE FOLLOWING:

Motion of the U.S. Trustee to Convert or for order fixing a deadline by which a plan must be confirmed. The motion is based on memorandum or points and authorities, and any other supporting documents on file with the court.

For further information, please refer to the court file, which may be reviewed in the Office of the Clerk, U.S. Bankruptcy Court.

Dated: 3/12/13　　　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　　　Gloria L. Franklin
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court