## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: NovaSolar, Inc

Case No. _____12-54528 CN_____

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: ___Mar-13___          PETITION DATE: ___06/15/12___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in ___$1___

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $4,927,531 | $4,933,123 | |
| b. Total Assets | $5,677,531 | $5,683,123 | $5,674,931 |
| c. Current Liabilities | $15,486 | $15,486 | |
| d. Total Liabilities | $9,644,864 | $9,644,864 | $9,614,644 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $2,413 | $793,242 |
| b. Total Disbursements | $837 | $7,233 | $387,081 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($837) | ($4,820) | $406,161 |
| d. Cash Balance Beginning of Month | $428,368 | $433,188 | $21,370 |
| e. Cash Balance End of Month (c + d) | $427,531 | $428,368 | $427,531 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($5,592) | $5,870 | $390,675 |
| 5. **Account Receivables (Pre and Post Petition)** | $4,500,000 | $4,504,755 | |
| 6. **Post-Petition Liabilities** | $15,486 | $15,486 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $15,486 | $15,486 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x | |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | x | |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | x | |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __x__ ;          U.S. Trustee Quarterly Fees __x__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __x__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: ___4/8/2013 0:00___          _____
                                   Responsible Individual

**Line 9 -- Payments to Professionals**
Per court approval, our attorneys were paid $89,381 in Dec of legal fees from May 16 - Oct 31 of $93,348
In addition to the payment in Dec, our attorneys have a pre-petition retainer on account from NovaSolar, Inc of $10,050
There is a written agreement in place that they will lower their fees from November onward by $15,000.

We have a payable for tax prep $15,486 that is pending court approval on April 16.

**Line 15 -- U.S. and California tax returns for FY 2013, which ends on June 30, 2013, will be due by Sept 15, 2013**
Delaware Tax for 2013 was paid in March, 2013. NovaSolar has prepaid the $400 minimum tax to California.
Remaining Income Tax and other tax liabilities for FY2013 will be zero.

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended            03/31/13

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | |
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold        (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| $0 | $0 | $0 | 6 | Interest | | |
| $0 | $0 | $0 | 7 | Other Income: | | |
| $0 | $0 | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $130,800 | $0 |
| $0 | $0 | $0 | 12 | Salaries | | |
| $0 | $0 | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | $81,500 | $0 |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | | |
| $0 | $0 | $0 | 16 | Real Property | $55,245 | $0 |
| $0 | $0 | $0 | 17 | Insurance | $21,274 | $0 |
| $0 | $0 | $0 | 18 | Management Fees | $0 | |
| $0 | $0 | $0 | 19 | Depreciation | $0 | |
| | | | | Taxes: | | |
| $0 | $0 | $0 | 20 | Employer Payroll Taxes | $0 | |
| $5,587 | $5,587 | $0 | 21 | Real Property Taxes | $5,587 | $0 |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | |
| $0 | $0 | $0 | 23 | Other Selling | $0 | |
| $0 | $0 | $0 | 24 | Other Administrative | $0 | |
| $0 | $0 | $0 | 25 | Interest | $0 | |
| $0 | $0 | $0 | 26 | Other Expenses: | | |
| $5 | $5 | $0 | 27 | Wire Transfer, Check Printing and Checking Fees | $454 | $5 |
| $0 | $0 | $0 | 28 | Phone Conferncing, Court Call and Fed Ex | $534 | $60 |
| $0 | $0 | $0 | 29 | Travel Expenses | $0 | $0 |
| $0 | $0 | $0 | 30 | Moving Expenses | $1,656 | $0 |
| $0 | $0 | $0 | 31 | Equipment shipping expenses | $0 | $0 |
| $0 | $0 | $0 | 32 | e-mail service provider | $0 | $0 |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $5,592 | $5,592 | $0 | 35 | **Total Expenses** | $297,050 | $65 |
| ($5,592) | ($5,592) | $0 | 36 | **Subtotal** | ($297,050) | ($65) |
| | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | 37 | Professional Fees | ($101,867) | $0 |
| $0 | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | |
| $0 | $0 | $0 | 39 | Interest Earned on Accumulated Cash from | $0 | |
| | | | | Resulting Chp 11 Case | 0 | |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $793,242 | $0 |
| $0 | $0 | $0 | 41 | U.S. Trustee Quarterly Fees | ($3,250) | ($650) |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $688,125 | ($650) |
| ($5,592) | ($5,592) | $0 | 44 | Net Profit (Loss) Before Federal & State Taxes | $391,075 | ($715) |
| $0 | $0 | $0 | 45 | Federal & State Income Taxes | $400 | $0 |
| ($5,592) | ($5,592) | $0 | 46 | **Net Profit (Loss)** | $390,675 | ($715) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/08

**Variances:**

**Line 40 and 43 -- Sale of Assets**
    Auction results were much lower than projected by the auctioneer casused by a very poor market for used solar equipment.
    Based on pricing of the same or similar goods at auction, the pre-auction equipment sales of $213,000 realized about $160,000 more than if the equipment was sold at auction.
    Thus, as per our plan, the additional value obtained from the pre-auction, direct sales of surplus equipment paid for most of the salaries since June 15, 2012

**Line 16 -- Rent**
    The security deposit was $10,000.    The total refund will be $4755, after deducting 14 days rent in January, utilities and cleaning costs.

**Line 40 -- Sale of Assets**
    Based on an audit of the sales and inventory from consignment sales at IAR, we estimated a receivable from IAR of about $3000 in January.
    The final receivable from IAR was $2413, and has been collected.

**Line 45 -- Taxes**
    $400 paid for yearly Franchise Tax for Delaware
    $5587 paid for 2012 Business Property Taxes to Alameda County, CA

Case: 12-54528    Doc# 120    Filed: 04/08/13    Entered: 04/08/13 15:04:04    Page 3 of 24

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ 03/31/13 _____

| | Assets | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $427,531 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $4,500,000 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | $0 |
| 7 | Other: | | $0 |
| 8 | | | |
| 9 | **Total Current Assets** | | $4,927,531 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other:       Intellectual Property, including: | D | $750,000 |
| 17 | designs, technical documents, trade secretes, know-how, etc. | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $750,000 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $5,677,531 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

***Market value of assets werer determined by familiarity with comparable market prices and by bids and estimates from brokers.***

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | pending court approval Apr 16 | $15,486 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $15,486 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $15,486 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $1,118,377 |
| 49 | General unsecured claims | F | $8,511,001 |
| 50 | **Total Pre-Petition Liabilities** | | $9,629,378 |
| 51 | **Total Liabilities** | | $9,644,864 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $0 |
| 53 | Capital Stock | $0 |
| 54 | Additional paid-in capital | $0 |
| 55 | Cumulative profit/(loss) since filing of case | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | $9,644,864 |

**Line 3 -- Receivable from NovaSolar Holdings**
    We have a deal with NovaSolar Holdings to receive 1/3 of the value for the sale of U.S. patents and pending patents owned by them.
This deal is pending court approval on April 12.
Valuations by independent brokers place the value of the NS Holding's IP in the range of $25,000 - $150,000 after commissions.

**Line 16 -- Intellectual Property Assets**
    We have not been successful in finding a value buyer who would continue the business.
The IP owned by NovaSolar, Inc is only of value to a buyer who wants to continue the business.
Without a value buyer, there may be no market for this IP.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | | $15,486 | $15,486 |
| 91+ Days | $4,500,000 | | |
| Total accounts receivable/payable | $4,500,000 | $15,486 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $4,500,000 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | $0 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | $0 | | |
| Work-in-progress | $0 | Less - | |
| Finished goods | $0 | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
     Yes _____    No _____
How often do you take a complete physical inventory?

Weekly      _____
Monthly      _____
Quarterly      _____
Semi-annually      _____
Annually      _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost    __
    LIFO cost    __
    Lower of cost or market    __
    Retail method    __
    Other    __
      Explain

Note: Past due account payable is for tax preparation for FY 2011 and FY 2012.
      Payment is pending court approval on April 16.

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| R&D production and measurement equipment | $0 | $0 |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| None | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| None | | |
| | | |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| None | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Vehicles - | | |
| None | | |
| | | |
| | | |
| Total | $0 | $0 |

Note: all equipment assets were sold at auction on Dec 13.
The final accounting from the auctioneer and final payment were received in mid-January.
The final accounting from IAR for consignment sales is complete.
All sales of assets are complete and all money has been received.

Revised 1/1/98

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| FICA - Employee | $0 | | | | $0 |
| FICA - Employer | $0 | | | | $0 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $0 | | | | $0 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $0 | | | | $0 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | | $0 |
| Personal property | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $867,650 | $867,650 |
| Priority tax claims | $250,727 | $250,727 |
| General unsecured claims | $8,511,001 | $8,511,001 |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
## Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo | Wells Fargo | Fremont Bank | |
| Account Type | checking | savings | checking | |
| Account No. | 6581593255 | 9501496252 | 7602962675 | |
| Account Purpose | General Business | Reserve | General Business | |
| Balance, End of Month | $427,321 | $150 | $60 | |
| Total Funds on Hand for all Accounts | $427,531 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    03/31/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $793,242 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $793,242 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | $0 | 0 |
| 14 | Selling | $0 | $0 |
| 15 | Administrative | $0 | $107,655 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 19 | Personal Property | ($4,755) | $55,245 |
| 20 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $130,800 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding)      (se- | $0 | $81,500 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes      2012 Bus Prop | $5,587 | $5,587 |
| 31 | Other Taxes      Delaware Tax | $0 | $400 |
| 32 | Other Cash Outflows: | | |
| 33 | Wire Transfer Fees | $0 | $345 |
| 34 | Payment to U.S. Trustee | $0 | $3,250 |
| 35 | Phone Conferencing, Fed Ex, Postage and Copying, Court Phone | $0 | $534 |
| 36 | Checking account and check printing Fees | $5 | $109 |
| 37 | Expenses to move inventory from a supplier | $0 | $1,656 |
| 38 | **Total Cash Disbursements:** | $837 | $387,081 |
| 39 | Net Increase (Decrease) in Cash | ($837) | $406,161 |
| 40 | Cash Balance, Beginning of Period | $428,368 | $21,370 |
| 41 | Cash Balance, End of Period | $427,531 | $427,531 |

**Line 15**
Extension of Directors and Officers Liability Insurance  $21,724 was paid in August
Total legal fees billed from May 16 - Oct 31: $94,348   Legal charges approved by the court and paid in Dec:  $86,381
Legal fee for pre-petition retainer was paid in June: $10,000  Per written agreement, legal fees from Nov. - Apr. will be reduced by  $15,000

**Line 21 - Salaries**
Salary was paid for the 9 work days from Jan 28 through Feb 7.   No salaries have been paid after Feb 7.
30 hours of work logged by M. Keshner after Feb 7 at no charge.

**Line 2 - Sale of Assets Pre-Auction**
Pre-Auction, we sold surplus assets for a total value of $212,852
Based on the prices obtained at auction, these same assets would have sold for about 25% of this price or $53,000, if sold at auction.
Thus, we achieved our goal of supporting the salaries of our employees with the additional value obtained in the pre-auction sales.
Total salaries from Jun 15 - January 31, were $207,500.   $160,000 was paid for by the higher prices obtained through direct sales.
Thus, the added revenue from direct sales enabled our company to pursue value buyers at almost no net cost to our creditors.

**Line 2 – Auction Results**
Net Proceeds from the auction were $577,977.
Commissions paid to the auctioneer by the buyers were 10%, $57,798.  In addition, the auctioneers set-up and marketing fees were $59,100

**Line 19 - Rent**
January Rent through Jan 14 ($4,666) - refund of security deposit ($10,000) - utilities, keys and cleaning ($579)

Revised 1/108

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  03/31/13

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $0 | $0 |
| 2 | Rent/Leases Collected | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Cash Paid to Suppliers | $0 | |
| 5 | Cash Paid for Selling Expenses | $0 | $0 |
| 6 | Cash Paid for Administrative Expenses | $0 | $21,274 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | $0 |
| 8 | Real Property | ($4,755) | $55,245 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits       ( | $0 | $81,500 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | $0 | $130,800 |
| 12 | Draws | $0 | $0 |
| 13 | Commissions/Royalties | $0 | $0 |
| 14 | Expense Reimbursements | $0 | $0 |
| 15 | Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes                 Business Property Tax 2012 | $5,587 | $5,587 |
| 19 | Other Taxes                              Delaware Franchise Tax | $0 | $400 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Wire Transfer Fees | $0 | $345 |
| 22 | Phone Conferencing Service, Court Call, Postage, Fed Ex and Copying | $0 | $534 |
| 23 | Checking account and check printing Fees | $5 | $109 |
| 24 | Moving Expense to recover inventory from a supplier | $0 | $1,656 |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | ($837) | ($297,450) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $86,381 |
| 30 | U.S. Trustee Quarterly Fees | $0 | $3,250 |
| 31 | | $0 | $0 |
| 32 | Net Cash Provided (Used) by Reorganization Items | $0 | ($89,631) |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | ($837) | ($387,081) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | $793,242 |
| 36 | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | $793,242 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 40 | Capital Contributions | $0 | $0 |
| 41 | Principal Payments | $0 | $0 |
| 42 | | | $0 |
| 43 | Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | ($837) | $406,161 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $428,368 | $21,370 |
| 46 | Cash and Cash Equivalents at End of Month | $427,531 | $427,531 |

**Lines 6 and 29**
   Extension of Directors and Officers Liability Insurance  $21,724 was paid in August
   Total legal fees billed thru May 16 - Oct 31:  $94,348   Legal charges approved by the court and paid in Dec:  $86,381
   Legal fee for pre-petition retainer was paid in June:  $10,000   Per written agreement, legal fees from Nov. - Apr. will be reduced by:  $15,000

**Line 11 - Salaries**
   Salary was paid for the 9 work days from Jan 28 through Feb 7.   No salaries have been paid after Feb 7.
   52 hours of work logged by M. Kietzner after Feb 7 at no charge.

**Line 35 -- Sale of Assets Pre-Auction**
   Pre-Auction, we sold surplus assets for a total value of $212,852
   Based on the prices obtained at auction, these same assets would have sold for about 25% of this price or $53,000, if sold at auction.
   Our total salaries from Jan 15 - January 25, were $297,500.  $160,000 of this amount was paid for by the higher prices obtained through direct sales.
   Thus, the added revenue from direct sales enabled our company to pursue value buyers at almost no net cost to our creditors.

**Line 35 -- Auction Results**
   Net Proceeds from the auction were $577,922.
   Commissions paid to the auctioneer by the buyers were 10%, $57,798.  In addition, the auctioneers set-up and marketing fees were $59,100

**Line 8 -- Rent**
   January Rent through Jan 14 ($4,666) - refund of security deposit ($10,000) - utilities, keys and cleaning ($579)

# NovaSolar, Inc Monthly Report Attachment
## Payments to Insiders for March, 2013
## Case Number 12-54528 CN

**Current Payments to Insiders**

1. **Mr. Marvin Keshner—Secretary of NovaSolar, Inc and Chief Scientist and Business Strategist of NovaSolar, Inc prior to the Chp. 11 filing.**

   Mr. Keshner is currently the court appointed Chp. 11 Administrator.

   However, he is not being paid and has not been paid since Feb 7, 2013.

**Historical Payments to Insiders**

In the month of February, Mr. Keshner worked and was paid for 30 hours during the two-week period from Jan 28 to Feb 7 for a total of $4800.

He has continued to work for an additional 52 hours since Feb 8 at no charge.

In February, Mr. Keshner was reimbursed for $47 of company expenses for a phone conferencing service and for postage to mail tax returns.

In March, he was not reimbursed for any expenses.

*The salary payments to insiders (Mr. Keshner and Mr. Spencer) and to other former NovaSolar employees (Mr. Vaaler, Mr. Puryear, and Mr. Pang) have all been for part-time work and reported to the IRS via 1099 forms, instead of a W-2 form. Pay for part-time work has only been to former full-time employees and not to any outside professionals.*

*This procedure has saved NovaSolar, Inc the expense of a payroll service. It has also saved NovaSolar, Inc the expenses of company contributions to FICA, Medicare, UI, and Workers Comp. It has also saved NovaSolar the expense of providing any benefits to employees.*

# Gold Business Services Package



NOVASOLAR INC
DEBTOR IN POSSESSION
CH11 CASE 12-54528 NCA
25125 SANTA CLARA ST STE E PMB 122
HAYWARD CA 94544-2164

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $428,303.40 |
| Deposits/Credits | 4,754.54 |
| Withdrawals/Debits | - 5,736.68 |
| **Ending balance on 3/31** | **$427,321.26** |
| Average ledger balance this period | $429,802.39 |

Account number:  **6581593255**

**NOVASOLAR INC**
**DEBTOR IN POSSESSION**
**CH11 CASE 12-54528 NCA**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:
■  Savings - 000009501496252

Case: 12-54528   Doc# 120   Filed: 04/08/13   Entered: 04/08/13 15:04:04   Page 12 of 24



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/8 | | Deposit Made In A Branch/Store | 4,754.54 | | 433,057.94 |
| 3/20 | 1027 | Check | | 5,586.68 | 427,471.26 |
| 3/28 | | Recurring Transfer to Novasolar Inc Business Market Rate Savings Ref #Opec6Yztx6 xxxxxx6252 | | 150.00 | 427,321.26 |
| **Ending balance on 3/31** | | | | | **427,321.26** |
| **Totals** | | | **$4,754.54** | **$5,736.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 1027 | 3/20 | 5,586.68 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 2 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Case: 12-54528    Doc# 120    Filed: 04/08/13    Entered: 04/08/13 15:04:04    Page 13 of 24



 IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business checking account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to 200 transactions per month. The fee for transactions over 200 per month is $0.50 each. The definition of "transactions" will change to include each deposit transaction in addition to any combination of paid items and deposited items, including paper and electronic. "Transactions" do not include purchases and payments made using a Wells Fargo Business Debit Card or Wells Fargo ATM Card.

Your account also includes, at no charge, up to $7,500 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $7,500 per month is $0.30 per $100 deposited.

If you exceed the number of monthly transactions or amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Fee changes effective April 1, 2013
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Please note the Terms & Conditions for Wells Fargo Business Debit Cards, Business ATM Cards, and Business Deposit Cards, the section titled "Making purchases with a business debit card", and Business Account Agreement section titled "Card Transactions" are changing to clarify that the Bank may limit the number of authorizations it allows during a period of time and reserves the right to deny certain transactions for any reason (e.g., suspected fraudulent or unlawful activity, indication of increased risk related to the transaction).

For more details, refer to the Business Account Agreement Addenda at wellsfargo.com/biz/products/accounts/fee_information or contact your local banker.



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



NOVASOLAR INC
DEBTOR IN POSSESSION
CH11 CASE 12-54528 NCA
25125 SANTA CLARA ST STE E PMB 122
HAYWARD CA 94544-2164

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Start the year with a new outlook on your business finances. It's a great time to talk with a banker about financial options tailored to your current priorities. To find out how we can help, stop by any Wells Fargo location or call us at the number at the top of your statement.

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $0.00 |
| Deposits/Credits | 150.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$150.00** |
| Average ledger balance this period | $19.35 |

Account number: **9501496252**

**NOVASOLAR INC**
**DEBTOR IN POSSESSION**
**CH11 CASE 12-54528 NCA**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $19.35 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2012 | $0.00 |

Case: 12-54528    Doc# 120    Filed: 04/08/13    Entered: 04/08/13 15:04:04    Page 16 of 24



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/28 | Recurring Transfer From Novasolar Inc Business Checking Ref #Opec6Yztx6 xxxxxx3255 | 150.00 | | 150.00 |
| | **Ending balance on 3/31** | | | **150.00** |
| **Totals** | | **$150.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

 # IMPORTANT ACCOUNT INFORMATION

We want to let you know of important upcoming changes to your Wells Fargo business savings account. These changes will be effective starting March 2, 2013.

Your account includes, at no charge, up to $5,000 of cash deposited per month. "Cash deposited" will change to include cash deposits made in ATMs and branch locations. The fee for cash deposited over $5,000 per month will change to $0.30 per $100 deposited.

If you exceed the amount of cash deposited included at no charge, the fees will appear on your account statement on or after April 1, 2013.

Your account continues to include, at no charge, up to 20 deposited items per month. The fee for deposited items over 20 per month is $0.50 each. As a reminder, the definition of "deposited items" includes any combination of paper and electronic items.

Additional fee changes effective April 1, 2013
- Excess Activity Fee for Savings Accounts - $15 per item
- Collection Fee - Domestic Incoming and Outgoing - $25 per item
- Legal Process Fee (includes levy, writ, garnishment and any other legal document that requires funds to be attached) - $125 each
- Credit Inquiry Fee (deposit and/or credit account information provided to third party at your request) - $10 each

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

Effective June 18, 2013, American Express® Travelers Cheques, Cheques for Two, and Gift Cheques will no longer be available through Wells Fargo.

Please note the Terms & Conditions for Wells Fargo Business Debit Cards, Business ATM Cards, and Business Deposit Cards, the section titled "Making purchases with a business debit card", and Business Account Agreement section titled "Card Transactions" are changing to clarify that the Bank may limit the number of authorizations it allows during a period of time and reserves the right to deny certain transactions for any reason (e.g., suspected fraudulent or unlawful activity, indication of increased risk related to the transaction).

For more details, refer to the Business Account Agreement Addenda at wellsfargo.com/biz/products/accounts/fee_information or contact your local banker.

Case: 12-54528  Doc# 120  Filed: 04/08/13  Entered: 04/08/13 15:04:04  Page 17 of 24



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**FREMONT BANK**

39150 Fremont Boulevard
Fremont, CA 94538
www.FremontBank.com
800-359-BANK (2265)

```
            NOVASOLAR INC
            DBA NOVASOLAR TECHNOLOGIES INC
            DEBTOR IN POSSESSION
            CASE NO 12-54528                              30-2
            25125 SANTA CLARA ST STE 122                      0
            HAYWARD CA  94544-2165                            0
```

```
=====================================================================
            BUSINESS SMALL CHECKING ACCOUNT 2962675
=====================================================================
        DESCRIPTION          DEBITS      CREDITS    DATE          BALANCE

BALANCE LAST STATEMENT ............................. 02/28/13        65.37
SERVICE CHARGE $11.00 LESS $6.00 CREDIT BACK
                             5.00                  03/29/13        60.37
BALANCE THIS STATEMENT ............................. 03/29/13        60.37

TOTAL CREDITS      (0)           .00  MINIMUM BALANCE              65.37
TOTAL DEBITS       (1)          5.00  AVERAGE BALANCE              65.37

        - - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

        TOTAL CHARGE FOR MAINTENANCE FEES:              11.00
        TOTAL CREDIT BACK:                               6.00-
                                                       --------------
            TOTAL SERVICE CHARGE PAID:                   5.00
```

| ITEMS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | | |
| | | | | | | **ENTER** | BALANCE THIS STATEMENT | $ | |
| | | | | | | **ADD** | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | **SUBTOTAL** | $ | |
| | | | | | | **SUBTRACT** ⇨ | TOTAL ITEMS OUTSTANDING | $ | |
| | | | | TOTAL | $ | | | | |
| | | | | | | | | | |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest–ADD    Overdraft–DEDUCT    Automatic Payment–DEDUCT    Service charge–DEDUCT

**BALANCE** $

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECK IMAGES GENUINE. ALL DEPOSITS AND CREDITS ARE SUBJECT TO FINAL PAYMENT.

If your checkbook and statement do not balance, have you:
☐ Accounted for bank charges?
☐ Verified additions and subtractions in your checkbook?
☐ Compared cancelled check images to checkbook or check stubs?
☐ Compared deposit amounts on statement to your checkbook?

### ELECTRONIC TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at our 24 Hour Information Line listed on the other side of this statement to find out whether or not the deposit has been made. In case of errors or questions about your electronic transfers, telephone us at 800-359-BANK (2265), write us Attention: Card Services Department 2501-SA, at P.O. Box 5101, Fremont, CA 94537-5101 or E-mail us at bankinfo@fremontbank.com as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days for new accounts) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days (5 business days in some cases for VISA® transactions) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### TAX INFORMATION

The amount of interest credited to your account from the first of the year is shown on each statement. The total amount of interest credited during the whole year is shown on the last statement you receive for the year. If the amount is $10 or more, it will be reported to the Internal Revenue Service and to the California State Franchise Tax Board. (Please note that if your account closes prior to year-end, a separate interest income statement will be mailed to your last known address.)

### IMPORTANT INFORMATION ABOUT CREDIT LINE ACCOUNTS

**ALL CREDIT LINE ACCOUNTS:** All advances from credit line accounts are subject to periodic Finance Charges from the date posted to your account until paid. The periodic rate and Annual Percentage Rate applicable to your outstanding balance (if any) is shown on the front of this statement.

**COMPUTING THE PERIODIC FINANCE CHARGE FOR PREFERRED LINE ACCOUNTS:** The periodic FINANCE CHARGE for your account is based on a variable rate which may change. We calculate the FINANCE CHARGE on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions).

To calculate the "Average Daily Balance", we take the beginning balance of your account each day, add any new advances, subtract any payments or credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."

**COMPUTING THE PERIODIC FINANCE CHARGE FOR OVERDRAFT LINE ACCOUNTS:** All advances are subject to a FINANCE CHARGE from the date of the advance until paid. The periodic FINANCE CHARGE for your account is based on a fixed rate. We calculate the FINANCE CHARGE on your account by applying the Daily Periodic Rate to the "Daily Balance" of your account.

To calculate the "Daily Balance", we take the beginning balance of your account each day, add any new advances, subtract any payments or credits and unpaid finance charges. This gives us the "Daily Balance".

**IMPORTANT REMINDER ABOUT PAYMENTS:** In order to ensure your payment is properly posted to your account, you must send it, with your remittance coupon, to the address printed on the coupon: FREMONT BANK, PO Box 7355, Fremont, CA 94537-7355 . If you send it to any other location or take it to a branch, it may cause a processing delay and late fee may apply.

#### BILLING RIGHTS SUMMARY
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at the address shown on the front of this bill as soon as possible. We must hear from you no later than 60 days after we sent you or made available the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Note:** The disclosures above apply to personal accounts only. For business and other non-personal accounts, please refer to your Deposit Account Agreement. As required by law, you are hereby notified that a negative report reflecting your credit record may be submitted to a credit agency if you fail to fulfill the terms of any obligation with Fremont Bank (the "Bank").

◆ ◆ ◆ For additional important information about your account including service charges, refer to the Fremont Bank Deposit Account Agreement ◆ ◆ ◆

ST-004 (09/10) EBCO

# Check Register for NovaSolar, Inc

## Fremont Bank Checking Account: 7602962675

| Description | Purpose | Check Number | Date Issued | Deposits | Payments | Balance |
|---|---|---|---|---|---|---|
| | | | | | | $ 305.37 |
| | | | | | | $ 305.37 |
| | | | | | | $ 305.37 |
| **June Transactions** | | | | | | $ 305.37 |
| No transactions in June | | | | | | |
| **July Transactions** | | | | | | |
| Transfer from Fremont Bank to Wells Fargo | | 75 | 31-Jul | | $ (300.00) | $ 5.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | | | $ (5.00) | $ 0.37 |
| | | | | | | $ 0.37 |
| **August Transactions** | | | | | | $ 0.37 |
| Transfer money from Wells Fargo Account | Cover Monthly Service Charges of $5 per month | | 7-Aug | $ 100.00 | | $ 100.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 31-Aug | | $ (5.00) | $ 95.37 |
| | | | | | | $ 95.37 |
| **September Transactions** | | | | | | $ 95.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Sep | | $ (5.00) | $ 90.37 |
| | | | | | | $ 90.37 |
| **October Transactions** | | | | | | $ 90.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Oct | | $ (5.00) | $ 85.37 |
| | | | | | | $ 85.37 |
| **November Transactions** | | | | | | $ 85.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Nov | | $ (5.00) | $ 80.37 |
| | | | | | | $ 80.37 |
| **December Transactions** | | | | | | $ 80.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Dec | | $ (5.00) | $ 75.37 |
| | | | | | | $ 75.37 |
| **January Transactions** | | | | | | $ 75.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Jan | | $ (5.00) | $ 70.37 |
| | | | | | | $ 70.37 |
| **February Transactions** | | | | | | $ 70.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 28-Feb | | $ (5.00) | $ 65.37 |
| | | | | | | $ 65.37 |
| **March Transactions** | | | | | | $ 65.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Mar | | $ (5.00) | $ 60.37 |
| | | | | | | $ 60.37 |
| **April Transactions** | | | | | | $ 60.37 |
| Fremont Bank Service Charge | Monthly Service Charge | | 30-Apr | | $ (5.00) | $ 55.37 |
| | | | | | | $ 55.37 |

## Wells Fargo Checking Account: 6581593255

| Description | Purpose | Check Number | Date Issued | Deposits | Payments | Balance |
|---|---|---|---|---|---|---|
| Balance Transfer from Pre-Chapter 11 Account | | | | $ 21,064.55 | | $ 21,064.55 |
| | | | | | | $ 21,064.55 |
| | | | | | | $ 21,064.55 |
| **June Transactions** | | | | | | $ 21,064.55 |
| No transactions in June after onset of Chp 11 filing on June 15 | | | | | | |
| **July Transactions** | | | | | | $ 21,064.55 |
| RBC Brown Associates | July Rent for Warehouse at Dobbin Rd. | 1001 | 1-Jul | | $ (10,000.00) | $ 11,064.55 |
| Wire Transfer to Darwin Spencer | Hourly Salary for 1 week June 18 - 22 | | 6-Jul | | $ (2,400.00) | $ 8,664.55 |
| Wire Transfer to Eli K Vault | Hourly Salary for 1 week June 18 - 22 | | 6-Jul | | $ (2,400.00) | $ 6,264.55 |
| Wire Transfer to Ron Purvear | Hourly Salary for 1 week June 18 - 22 | | 6-Jul | | $ (2,500.00) | $ 3,764.55 |
| Account Transfer to Marvin Kestner | Hourly Salary for 1 week June 18 - 22 | | 6-Jul | | $ (3,600.00) | $ 164.55 |
| 3 Wire Transfer Fees | for three wires above | | 6-Jul | | $ (90.00) | $ 74.55 |
| Transfer from Fremont Bank to Wells Fargo Bank | Sale of various asset items prior to June 15 | | 27-Jul | $ 300.00 | | $ 374.55 |
| Payment on Note paid in Seneca to close an account receivable | wire from IAR in Seneca | | 30-Jul | $ 4,352.95 | | $ 4,727.50 |
| U.S. Trustee | Q3 Chp 11 Fee | | 30-Jul | | $ (15.00) | $ 4,712.50 |
| Incoming Wire Transfer Fee | | | 30-Jul | | $ (325.00) | $ 4,387.50 |
| Automatic Transfer from checking to savings account | Automatic Transfer to savings | 1002 | 31-Jul | | $ (150.00) | $ 4,237.50 |
| Manual Transfer from savings to checking | Manual transfer from savings | | 31-Jul | $ 150.00 | | $ 4,387.50 |

Case: 12-54528    Doc# 120    Filed: 04/08/13    Entered: 04/08/13 15:04:04    Page 21 of 24

| Description | Memo | Date | Num | Deposit | Payment | Balance |
|---|---|---|---|---|---|---|
| Marvin Keshner (Manual Account Transfer) | Express: Phone conference Service, Fed Ex, Copies | 31-Jul | | | (112.00) | 4,275.50 |
| | | | | | | 4,275.50 |
| | | | | | | 4,275.50 |
| | | | | | | 12,525.50 |
| | | | | | | 12,525.50 |
| **August Transactions** | | | | | | |
| PayPal Payment for M Garey to close an account receivable | Sale of 1 Environmental Chamber in May | 31-Jul | | 8,250.00 | | 12,525.50 |
| Incoming Wire Transfer Fee from M Garey | PayPal paid M Garey; he paid NovaSolar | 1-Aug | | | (15.00) | 12,510.50 |
| R&C Brown Associates | Aug Rent for Warehouse at Dobbin Rd. | 1-Aug | | | (10,000.00) | 2,510.50 |
| Fremont Bank | Money Transfer to keep account open | 7-Aug | 1003 | | (100.00) | 2,410.50 |
| Charge for printing business checks | Business Account Checks | 14-Aug | 1004 | | (32.58) | 2,377.92 |
| Wire Transfer from CAE | Trane Chiller less shipping expense | 14-Aug | | 6,000.00 | | 8,377.92 |
| Wire Transfer Fee | from CAE | 14-Aug | | | (15.00) | 8,362.92 |
| Wire Transfer from CAE | 3 Environmental Chambers | 27-Aug | | 30,000.00 | | 38,362.92 |
| Wire Transfer Fee | from CAE | 27-Aug | | | (15.00) | 38,347.92 |
| Pinnacle Insurance Brokers | Extension of Directors and Officers Insurance | 27-Aug | 1005 | | (21,273.63) | 17,074.29 |
| Erik Vaaler (expense reimbursement) | Moving expenses for refurbished vacuum pumps from Busch | 27-Aug | 1006 | | (1,636.00) | 15,438.29 |
| Marvin Keshner (manual account transfer) | phone conferencing ($32) and Express Mail expenses ($13) | 27-Aug | | | (65.00) | 15,373.29 |
| | | | | | | 15,373.29 |
| Automatic Transfer from checking to savings account | | 28-Aug | | | (150.00) | 15,223.29 |
| Manual Transfer from savings to checking | | 29-Aug | | 150.00 | | 15,373.29 |
| | | | | | | 15,373.29 |
| **September Transactions** | | | | | | |
| R&C Brown Associates | Sept Rent for Warehouse at Dobbin Rd. | 1-Sep | | | (10,000.00) | 5,373.29 |
| Wire Transfer from CAE | CAE - 2 RF Power supplies @ $2000 each from asset list 1 | 17-Sep | 1007 | 4,000.00 | | 9,373.29 |
| Wire Transfer Fee | from CAE | 17-Sep | | | (15.00) | 9,358.29 |
| Wire Transfer from CAE | CAE - Leak Detector @ $15,000 from asset list 1 | 19-Sep | | 15,000.00 | | 24,358.29 |
| Wire Transfer Fee | from CAE | 21-Sep | | | (15.00) | 24,343.29 |
| Wire Transfer from CAE | CAE - 4 power supplies @ $2020 each from asset list 1 | 21-Sep | | 8,000.00 | | 32,343.29 |
| Wire Transfer Fee | from CAE | 21-Sep | | | (15.00) | 32,328.29 |
| Wire Transfer from UKA in Benecia | IAR - sale of same equipment on asset list #2 | 26-Sep | | 8,749.20 | | 41,077.49 |
| Wire Transfer Fee | from UKA | 26-Sep | | | (15.00) | 41,062.49 |
| Darion Spencer | Hourly Salary for 5 weeks June 25 - July 27 | 26-Sep | 1008 | | (12,000.00) | 29,062.49 |
| Erik Vaaler | Hourly Salary for 5 weeks June 25 - July 27 | 25-Sep | 1009 | | (12,000.00) | 17,062.49 |
| Ron Polyear | Hourly Salary for 5 weeks June 25 - July 27 | 25-Sep | 1010 | | (12,500.00) | 4,562.49 |
| | | | | | | 4,562.49 |
| Automatic Transfer from checking to savings account | | 27-Sep | | | (150.00) | 4,412.49 |
| Manual Transfer from savings to checking | | 28-Sep | | 150.00 | | 4,562.49 |
| | | | | | | 4,562.49 |
| **October Transactions** | | | | | | |
| R&C Brown Associates | Oct Rent for Warehouse at Dobbin Rd. | 1-Oct | 1011 | | (10,000.00) | (5,437.51) |
| Marvin Keshner (manual account transfer) | phone conferencing ($32) and court call-in expenses ($41) for September | 10-Oct | | | (73.00) | (5,510.51) |
| Wire Transfer from CAE | CAE - 11 power supplies @ $2000 each from asset list 1 | 25-Oct | | 22,000.00 | | 16,489.49 |
| Wire Transfer Fee | from CAE | 25-Oct | | | (15.00) | 16,474.49 |
| U.S. Trustee | Chp 11 Quarterly Fee | 29-Oct | 1012 | | (975.00) | 15,499.49 |
| Marvin Keshner (Manual Account Transfer) | Hourly Salary for 5 weeks June 25 - July 22 | 30-Oct | | | (18,000.00) | (2,500.51) |
| Wire Transfer from CAE | CAE - 4 power supplies @ $2020 - $2500 each from asset list 1 | 30-Oct | | 8,500.00 | | 5,999.49 |
| Wire Transfer fee | from CAE | 30-Oct | | | (15.00) | 5,984.49 |
| Henry Pang | Hourly Salary for 3 weeks from July 12 - Aug 2 -- Paid by check to Erik Vaaler per note from Henry Pang | 31-Oct | 1013 | | (17,200.00) | (1,215.51) |
| Marvin Keshner (manual account transfer) | phone conferencing expenses for October | 30-Oct | | | (32.00) | (1,247.51) |
| | | | | | | (1,247.51) |
| Automatic Transfer from checking to savings account | | 28-Oct | | | (150.00) | (1,397.51) |
| Manual Transfer from savings to checking | | 29-Oct | | 150.00 | | (1,247.51) |
| | | | | | | (1,247.51) |
| **November Transactions** | | | | | | |
| R&C Brown Associates | Nov Rent for Warehouse at Dobbin Rd. | 1-Nov | 1014 | | (10,000.00) | (11,247.51) |
| Wire Transfer from CAE | Zygo System | 13-Nov | | 90,000.00 | | 78,752.49 |
| Wire Transfer Fee | from CAE | 13-Nov | | | (15.00) | 78,737.49 |
| Erik Vaaler | Hourly Salary for 5 weeks July 30 - Aug 31 | 16-Nov | 1015 | | (12,000.00) | 66,737.49 |
| Marvin Keshner (Manual Account Transfer) | Hourly Salary for 5 weeks July 30 - Aug 31 | 16-Nov | | | (18,000.00) | 48,737.49 |
| | | | | | | 48,737.49 |
| Wire Transfer from CAE | Sale of 2 power supplies ($4k) plus payment of receivable ($8K) | 27-Nov | | 12,000.00 | | 60,737.49 |
| Wire Transfer Fee | from CAE | 27-Nov | | | (15.00) | 60,722.49 |
| | | | | | | 60,722.49 |
| Marvin Keshner (manual account transfer) | phone conferencing ($32) and 3 court call expenses ($30 + $30 +$30) - ($11 overpayment in Sep | 28-Nov | | | (111.00) | 60,611.49 |
| | | | | | | 60,611.49 |

Case: 12-54528    Doc# 120    Filed: 04/08/13    Entered: 04/08/13 15:04:04    Page 22 of 24

| Description | Check # | Date | Amount | Amount | Balance |
|---|---|---|---|---|---|
| Automatic Transfer from checking to savings account | | 28-Nov | | $ (150.00) | $ 60,461.49 |
| Manual Transfer from savings to checking | | 29-Nov | | $ 150.00 | $ 60,611.49 |
| | | | | | $ 60,611.49 |
| | | | | | $ 60,611.49 |
| **December Transactions** | | | | | |
| R&C Brown Associates | | 1-Dec | | $ (10,000.00) | $ 50,611.49 |
| Dec Rent for Warehouse at Dobbin Rd. | | | | | |
| Ron Puryear | 1016 | 18-Dec | | $ (12,500.00) | $ 38,111.49 |
| Hourly Salary for 5 weeks July 30 - Aug 31 (Paid to M. Keshner (manual Transfer) per note from Ron Puryear) | | | | | |
| Darien Spencer | 1017 | 18-Dec | | $ (12,000.00) | $ 26,111.49 |
| Hourly Salary for 5 weeks July 30 - Aug 31 | | | | | |
| Erik Vaaler | 1018 | 18-Dec | | $ (4,800.00) | $ 21,311.49 |
| Hourly Salary for 4 weeks Sept 3 - Sept 28 | | | | | |
| Marvin Keshner (Manual Account Transfer) | 1019 | 18-Dec | | $ (9,600.00) | $ 11,711.49 |
| Hourly Salary for 4 weeks Sept 3 - Sept 28 | | | | | |
| Darien Spencer | | 18-Dec | | $ (4,800.00) | $ 6,911.49 |
| Hourly Salary for 4 weeks Sept 3 - Sept 28 | | | | | |
| | | | | | $ 6,911.49 |
| Hilco | | 21-Dec | $ 200,000.00 | | $ 206,911.49 |
| Partial Proceeds from auction of NovaSolar Assets from Hilco | | | | | |
| Wire Transfer Fee | | 21-Dec | | $ (15.00) | $ 206,896.49 |
| | | | | | $ 206,896.49 |
| Compeau Goodsell Smith | | 24-Dec | | $ (86,381.11) | $ 120,515.38 |
| Fees through Oct 30 ($594,347.50 Fees + $2,671.61 Expenses) to Compeau Goodsell Smith | | | | | |
| Wire Transfer Fee | | 24-Dec | | $ (30.00) | $ 120,485.38 |
| | | | | | $ 120,485.38 |
| Erik Vaaler | 1020 | 24-Dec | | $ (4,800.00) | $ 115,685.38 |
| Hourly Salary for 4 weeks Oct 1 - Oct 26 | | | | | |
| Marvin Keshner (Manual Account Transfer) | 1021 | 24-Dec | | $ (9,600.00) | $ 106,085.38 |
| Hourly Salary for 4 weeks Oct 1 - Oct 26 | | | | | |
| Darien Spencer | | 24-Dec | | $ (4,800.00) | $ 101,285.38 |
| Hourly Salary for 4 weeks Oct 1 - Oct 26 | | | | | |
| | | | | | $ 101,285.38 |
| Erik Vaaler | 1022 | 24-Dec | | $ (6,000.00) | $ 95,285.38 |
| Hourly Salary for 5 weeks Oct 29 - Nov 30 | | | | | |
| Marvin Keshner (Manual Account Transfer) | | 24-Dec | | $ (12,000.00) | $ 83,285.38 |
| Hourly Salary for 5 weeks Oct 29 - Nov 30 | | | | | |
| | | | | | $ 83,285.38 |
| Erik Vaaler | 1023 | 24-Dec | | $ (4,800.00) | $ 78,485.38 |
| Hourly Salary for 4 weeks Dec 3 - Dec 28 | | | | | |
| Marvin Keshner (Manual Account Transfer) | | 24-Dec | | $ (9,600.00) | $ 68,885.38 |
| Hourly Salary for 4 weeks Dec 3 - Dec 28 | | | | | |
| | | | | | $ 68,885.38 |
| Refund to CAE | 1024 | 24-Dec | $ (4,000.00) | | $ 64,885.38 |
| Return of 2 power supplies that were used and not new (invoice #1211-5987) | | | | | |
| | | | | | $ 64,885.38 |
| Marvin Keshner (manual account transfer) | | 28-Dec | | $ (92.00) | $ 64,803.38 |
| phone conferencing expenses ($32) + count call ($50)+ postage since June 15 ($20... | | | | | |
| | | | | | $ 64,803.38 |
| Automatic Transfer from checking to savings account | | 28-Dec | | $ (150.00) | $ 64,653.38 |
| Manual Transfer from savings to checking | | 28-Dec | | $ 150.00 | $ 64,803.38 |
| | | | | | $ 64,803.38 |
| | | | | | $ 64,803.38 |
| **January Transactions** | | | | | |
| Wire Transfer from Hilco | | 11-Jan | $ 360,413.28 | | $ 425,216.66 |
| Additional proceeds from Hilco for the auction on Dec 12 - 13 from Hilco | | | | | |
| Wire transfer Fee | | 11-Jan | | $ (15.00) | $ 425,201.66 |
| | | | | | $ 425,201.66 |
| Wire Transfer from Hilco | | 22-Jan | $ 17,563.74 | | $ 442,765.40 |
| Remaining proceeds from the auction on Dec 12 - 13 from Hilco | | | | | |
| Wire transfer fee | | 22-Jan | | $ (15.00) | $ 442,750.40 |
| | | | | | $ 442,750.40 |
| U.S. Trustee | 1025 | 23-Jan | | $ (4,875.00) | $ 437,875.40 |
| Chp 11 Quarterly Fee (due in Jan) | | | | | |
| Stop Payment of Check 1025 | | 23-Jan | $ 4,875.00 | | $ 442,750.40 |
| Lost Check -- Stop Payment on February 7, 2013 | | | | | |
| | | | | | $ 442,750.40 |
| Marvin Keshner (manual account transfer) | | 28-Jan | | $ (9,600.00) | $ 433,150.40 |
| Hourly Salary 4 weeks from Dec 31 - Jan 25 | | | | | |
| | | | | | $ 433,150.40 |
| Marvin Keshner (manual account transfer) | | 28-Jan | | $ (32.00) | $ 433,118.40 |
| phone conferencing ($32) | | | | | |
| | | | | | $ 433,118.40 |
| Automatic Transfer from checking to savings account | | 28-Jan | | $ (150.00) | $ 432,968.40 |
| Manual Transfer from savings to checking | | 29-Jan | | $ 150.00 | $ 433,118.40 |
| | | | | | $ 433,118.40 |
| | | | | | $ 433,118.40 |
| **February Transactions** | | | | | |
| U.S. Trustee | 1026 | 6-Feb | | $ (1,950.00) | $ 431,168.40 |
| Chp 11 Quarterly Fee for Q4, 2012 | | | | | |
| | | | | | $ 431,168.40 |
| Marvin Keshner (Manual Account Transfer) | | 7-Feb | | $ (4,800.00) | $ 426,368.40 |
| Hourly Salary for 7 days Jan 28 - Feb 7 | | | | | |
| | | | | | $ 426,368.40 |
| Wells Fargo Bank charge | | 7-Feb | | $ (31.00) | $ 426,337.40 |
| Stop Payment Fee for check #1025 | | | | | |
| Deleware Franchise Tax for 2012 | | 12-Feb | | $ (400.00) | $ 425,937.40 |
| Direct Charge to business checking account from State of Deleware | | | | | |
| | | | | | $ 425,937.40 |
| Marvin Keshner (manual account transfer) | | 26-Feb | | $ (47.00) | $ 425,890.40 |
| phone conferencing expenses ($32) + Postage for tax returns ($15) | | | | | |
| | | | | | $ 425,890.40 |

| Payee | Description | Check # | Date | Amount | Balance |
|---|---|---|---|---|---|
| IAR in Benicia | Final Payment for lots sold $2470 minus remaining storage costs $257 plus $200 for Culligan Systems | | 28-Feb | $2,413.00 | $425,890.40 |
| Automatic Transfer from checking to savings account | | | 27-Feb | $(150.00) | $428,303.40 |
| Manual Transfer from savings to checking | | | 28-Feb | $150.00 | $428,303.40 |
| | | | | | $428,153.40 |
| | | | | | $428,303.40 |
| | | | | | $428,303.40 |
| **March Transactions** | | | | | $428,303.40 |
| Alameda County, Donald R. White, Tax Collector | Business Property Taxes for July, 2012 to June, 2013 | 1027 | 4-Mar | $(5,586.68) | $422,716.72 |
| R&D Brown Associates | Refund of Security Deposit $10,000 less 14 days rent ($4,666) less utilities, re-keying and utilities cost ($5579) | | 8-Mar | $4,754.54 | $427,471.26 |
| | | | | | $427,471.26 |
| Automatic Transfer from checking to savings account | | | 27-Mar | $(150.00) | $427,321.26 |
| | Note: manual transfer back was not done until Apr 3, leaving a balance of $150 in savings | | | | $427,321.26 |
| **April Transactions** | | | | | $427,321.26 |
| Manual Transfer from checking to savings | transfer error | | 3-Apr | $(150.00) | $427,321.26 |
| Manual Transfer from saving to checking | transfer back $150 and correct error for additional $150 | | 3-Apr | $300.00 | $427,171.26 |
| U.S. Trustee | Chp 11 Quarterly Fee for Q4, 2012 | 1028 | 8-Apr | $(650.00) | $427,171.26 |
| Marvin Keshner (manual account transfer) | court call $60 for April 15 and 16 | | 16-Apr | $(60.00) | $427,471.26 |
| Mohler Nixon | Tax Return Prep for FY 2011 and FY 2012 | 1029 | 16-Apr | $(15,486.00) | $426,821.26 |
| | | | | | $426,761.26 |
| | | | | | $411,275.26 |
| Automatic Transfer from checking to savings account | | | 27-Apr | $(150.00) | $411,275.26 |
| Manual Transfer from checking to checking | | | 28-Apr | $150.00 | $411,275.26 |
| | | | | | $411,125.26 |
| | | | | | $411,275.25 |
| | | | | | $411,275.25 |
| | | | $814,306.72 | $(403,031.46) | $411,275.25 |

**Salaries Paid in 2012**

| | |
|---|---|
| $(7,200.00) | Henry Pang |
| $(36,000.00) | Darlen Spencer |
| $(46,800.00) | Erik Vaaler |
| $(27,500.00) | Ron Puryear |
| $(80,400.00) | Marvin Keshner |
| $(197,900.00) | 2012 Total |

**Salaries Paid in 2013**

| | |
|---|---|
| $(14,000.00) | Marvin Keshner |

Note: These salaries were paid exclusively to (former employees and not to outside consultants. They were paid based on an hourly rate for part-time work, and reported to the IRS by form 1099, rather than by W-2 form. As a result, NovaSolar saved money that would have been spent for a payroll service and for company contributions to FICA, Medicare, UI and Workers Comp.

We emailed your stop payment request on 02/07/13 at 05:54 PM [Pacific Time].

If you need to cancel or modify your request, you will need the Reference Number for this stop payment - please print this page for your records.

Account: BUSINESS CHECKING XXXXXX3255
Check #: 1015
Amount: $4,675.00
Check made payable to: United States Trustee
Date check was written: 1/29/2013
Reference #: A393885457

If we need to contact you about this request, we'll use the email address selected below.

Primary Email: mkeshner@novasolar.com

A confirmation letter will be sent to you.