EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
JOHN S. WESOLOWSKI, # 127007
EMILY S. KELLER, #264983
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax: (408) 535-5532

Attorneys for August B. Landis
Acting United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No: 12-54528 CN |
| NOVASOLAR, INC., | Chapter 7 |
| | Date: October 22, 2013<br>Time: 2:00 p.m. |
| Debtor. | Place: Courtroom 3070<br>Hon. Charles Novack |

### ACTING U.S. TRUSTEE'S OBJECTION TO SECOND AND FINAL FEE APPLICATION BY ATTORNEY FOR DEBTOR (Campeau Goodsell)

Acting United States Trustee for Region 17, August B. Landis (the "UST") hereby files this objection to the Second and Final Fee Application ("Application") filed herein by Debtor's counsel Campeau Goodsell Smith ("Counsel").

Under the Supreme Court decision in *Lamie v. U.S. Trustee*, 540 U.S. 526, 124 S.Ct. 1023 (2004), professionals representing a debtor out of possession cannot be compensated under section 330 unless they are retained by trustee. Here, the case was converted to chapter 7 on April 16, 2013. Following the conversion of the case,

UST'S OBJECTION TO FEE APPLICATION      1

Counsel billed the estate **$6,597.50** for time spent; the breakdown is as follows, as noted in Exhibit A to the Application:

>   Case Administration – various time entries from 4/17/13-6/27/13 **($1,690)**
>
>   Operations – various time entries from 4/17/13-6/4/13 **($1,445)**
>
>   Settlement Negotiations – various time entries from 4/18/13-6/26/13 **($255)**
>
>   Creditor Claims Analysis – time entry on 4/18/13 **($127.50)**
>
>   Final Fee Application – various time entries from 8/15/13-9/13/13 **($3,080)**

However, Counsel has never been employed by the chapter 7 trustee. Accordingly, this post-conversion time is not allowable under *Lamie,* and the UST objects to allowance and payment of this amount.

Dated: October 15, 2013                    Respectfully submitted,

By: */s/ John S. Wesolowski*
John S. Wesolowski
Attorney for August B. Landis
Acting United States Trustee for Region 17