UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

NOVASOLAR, INC. dba NOVASOLAR
TECHNOLOGIES, INC.,

Debtors.

Bk. Case No. 12-54528

Chapter 7

**DECLARATION OF MARVIN KESHNER
RE COMPENSATION**

I, Marvin S. Keshner, hereby declare as follows:

1.      I am the former secretary of the debtor herein, and the Court-appointed
responsible individual for the debtor.

2.      I make this declaration at the request of Mohamed Poonja, the Chapter 7 Trustee,
who was appointed to administer this bankruptcy case.

3.      The statements made herein are based on my personal knowledge except for the
matters which are based on my information and belief. As for those statements made upon
information and belief, I believe them to be true. If called upon to do so, I could and would
testify competently to the matters set forth herein.

4.      NovaSolar, Inc. commenced this case as a Chapter 11 case on June 12, 2012, and
the case was converted to Chapter 7 on April 16, 2013.

_MS Keshner_
_1 Feb 2014_

Case: 12-54528   Doc# 161   Filed: 02/01/14   Entered: 02/01/14 17:35:54   Page 1 of
30

5. During the time the bankruptcy case was pending in Chapter 11, from June 12, 2012 until April 16, 2013, I worked on behalf of the debtor, as the debtor-in-possession, performing certain services for which I was compensated by the bankruptcy estate.

6. Prior to the filing of the bankruptcy case, I received an annual salary of $ 250,000, with full benefits. During the bankruptcy case, I was paid at an hourly rate of $ 160 per hour for my services, with no benefits and all taxes paid by me.

7. I was paid a total of $ 94,800 by the debtor-in-possession and the bankruptcy estate for the services I performed.

8. Attached as Exhibit A is a true and correct of a log I maintained for the services that I provided to the debtor-in-possession and the hours worked in performing these services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2014, at Sonora, California.

By: /s/ *Marvin S. Keshner*
MARVIN S. KESHNER

*Marvin S Keshner*
*1 Feb 2014*

Case: 12-54528   Doc# 161   Filed: 02/01/14   Entered: 02/01/14 17:35:54   Page 2 of 30

# Exhibit A

# NovaSolar Chp 11 Bankruptcy

**Work Hours for Marvin Keshner**

June 15, 2012 thru April 5, 2013

20-Apr-13

| Tasks | Date | Hours Worked |
|---|---|---|
| **Week Ending June 22** | | |
| e-mail, routine administrative work, and internal phone calls | 18-Jun | 2 |
| Prepare Bankruptcy Docs | | 7 |
| e-mail, routine administrative work, and internal phone calls | 19-Jun | 2 |
| Prepare Bankruptcy Docs | | 7 |
| Conference Call with NovaSolar Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 20-Jun | 2 |
| Prepare Bankruptcy Docs | | 7 |
| e-mail, routine administrative work, and internal phone calls | 21-Jun | 2 |
| Prepare Bankruptcy Docs | | 7 |
| e-mail, routine administrative work, and internal phone calls | 22-Jun | 2 |
| Prepare Bankruptcy Docs | | 7 |
| **Total for Week Ending 22-Jun** | | **46.5** |
| **Week Ending June 29** | | |
| e-mail, routine administrative work, and internal phone calls | 25-Jun | 2 |

| | | | |
|---|---|---|---|
| Prepare Bankruptcy Docs | | | 8 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 26-Jun | 2 |
| Open New Debtor-in-Possession Accounts | | | 2 |
| Dr. Toor at LUX for potential buyer | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 27-Jun | 2 |
| Drive to and from Bay Area | | | 5 |
| Abraham at Fremont Bank | | | 1 |
| Bankruptcy Attorneys | | | 3 |
| Team Meeting at Dobbin Rd | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 28-Jun | 2 |
| Colleen at Wells Fargo Bank | | | 2 |
| Find IP purchase agreement for Bill | | | 0.5 |
| Conference call with NovaSolar Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 29-Jun | 2 |
| Update employee debts to include expenses | | | 4 |
| Fill out employee benefit questionaire | | | 1.5 |
| | | | |
| | **Total for Week Ending** | **29-Jun** | **41** |

**Week Ending July 6**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 2-Jul | 2 |
| Estimate list price of surplus equipment | | | 2 |
| Update inventory list | | | 3.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 3-Jul | 2 |
| Develop game plan for getting competitive bids | | | 3 |

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 4-Jul | 2 |
| Prepare Balance sheet, Statement of Ops, Cash Flow | | | 6 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 5-Jul | 2 |
| Jury Duty | | | 6 |
| Conference Call with NovaSolar Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 6-Jul | 2 |
| Review and Deliver Initial Debtor Interview Docs | | | 2 |
| White paper on motion to sell surplus assets | | | 2 |
| New Stock Options and Leaves of Absence | | | 3 |
| | | | |
| | **Total for Week Ending** | **6-Jul** | **39** |

**Week Ending July 13**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 9-Jul | 2 |
| More work to update business plan | | | 6 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 10-Jul | 2 |
| Drive to and from Bay Area | | | 5 |
| Initial Debtor Interview | | | 2 |
| Meet with attorneys | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 11-Jul | 2 |
| Research IRS guidelines for consultants vs employees | | | 2 |
| Consulting agreement with Henry Pang | | | 1 |
| Find prior e-mails about funding from NS Holdings to NS, Inc | | | 4.5 |
| Copies of loans and assets transfers to Bill | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 12-Jul | 2 |
| Find e-mails documenting business activities with NS Holdings | | | 7 |

| | | | |
|---|---|---|---|
| Conference Call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 13-Jul | 2 |
| Prepare responses to DD questions from TDK | | | 9.5 |
| | | | |
| | **Total for Week Ending** | **13-Jul** | **50.5** |

**Week Ending July 20**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 16-Jul | 2 |
| DD for TDK | | 8.5 |
| Develop Accrual Expense Tracking and New Check Register | | |
| | | |
| e-mail, routine administrative work, and internal phone calls | 17-Jul | 2 |
| Docs for closing 401 k plan | | 1 |
| Conference Call to prepare for meeting with LG | | 1 |
| Search for more e-mails relative to spending and budget approvals | | 2 |
| Drive to Bay Area and stay overnight | | 2.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 18-Jul | 2 |
| Creditors Meeting | | 2.5 |
| Meeting with Darien Spencer | | 1 |
| Drive home from Bay Area | | 2.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 19-Jul | 2 |
| Terminate ADP payroll service | | 1.5 |
| Prepare Monthly Report for June | | 6 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 20-Jul | 2 |
| More work to update bus plan | | 5 |
| Conference call with NS Holdings | | 1.5 |

| | | |
|---|---|---:|
| **Total for Week Ending** | **20-Jul** | **45** |

**Week Ending July 27**

| | | |
|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | 23-Jul | 2 |
| Create form for invoices and contracts | | 1.5 |
| Create Monthly Financial Report | | 4 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 24-Jul | 2 |
| White paper for monthly status report | | 2.5 |
| Due Diligence Q&A for Horris at TDK | | 3 |
| Note to John Fisher at Solar Bloo for equip purchase | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 25-Jul | 2 |
| Update business plan for potential buyers | | 7 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 26-Jul | 2 |
| Determine status of 2011 and 2012 taxes | | 2 |
| Conference call with NovaSolar Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 27-Jul | 2 |
| Write up expense reports for conferencing service and others | | 1 |
| | | |
| **Total for Week Ending** | **27-Jul** | **34** |

**Week Ending Aug 3**

| | | |
|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | 30-Jul | 2 |
| Review prior check register and correlate with supplier debts | | 6 |

| | | | |
|---|---|---|--:|
| Conference call to review competitive bids | | | 1 |
| Review legal docs prior to submission to court | | | 3 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 31-Jul | 2 |
| Work on creditors lists and project future expenses | | | 6.5 |
| Due Diligence Q&A for Horris at TDK | | | 3 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 1-Aug | 2 |
| Follow up on tax liabilities and correct 2011 financials | | | 3 |
| Update accounts payable with new invoice information | | | 3 |
| Phone call with John Murphy -- tax prep | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 2-Aug | 2 |
| Status Conference at Court and meet with attorneys | | | 1.5 |
| Drive to and from Bay Area | | | 5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 3-Aug | 2 |
| Review proposal to sell a PECVD system to Solar Bloo | | | 4 |
| | | | |
| | **Total for Week Ending** | **3-Aug** | **48.5** |

**Week Ending Aug 10**

| | | | |
|---|---|---|--:|
| e-mail, routine administrative work, and internal phone calls | | 6-Aug | 2 |
| Prepare July Monthly Report | | | 6 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 7-Aug | 2 |
| Solar farm design for Thailand | | | 5.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 8-Aug | 2 |
| Finish and submit July Monthly Report | | | 4 |

| | | | |
|---|---|---:|---:|
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 9-Aug | 2 |
| Analysis of cost to build solar farms with poly vs a-Si | | | 5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 10-Aug | 2 |
| | | | |
| | **Total for Week Ending** | **10-Aug** | **32** |

**Week Ending Aug 17**

| | | | |
|---|---|---:|---:|
| e-mail, routine administrative work, and internal phone calls | | 13-Aug | 2 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 14-Aug | 2 |
| Stock and Stock Options for new buyers | | | 4 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 15-Aug | 2 |
| Create Time Worked Log | | | 3 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 16-Aug | 2 |
| Monthly Expense Forecast | | | 4 |
| Explanation of necessity and value for Consultants | | | 4 |
| Conference call for design for Thailand 6 MW solar farm | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 17-Aug | 2 |
| work on closing deal with CAE for $38,000 sale | | | 2 |
| Documentation from ADP for payroll taxes owed -- closed | | | 2 |
| | | | |
| | **Total for Week Ending** | **17-Aug** | **31.5** |

**Week Ending Aug 24**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 20-Aug | 2 |
| More work to close CAE deal | | | 2 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 21-Aug | 2 |
| more work to close CAE deal | | | 4 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 22-Aug | 2 |
| Drive to and from Bay Area | | | 5 |
| Meet with Erik, Darien and Lance on solar farms projects | | | 2 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 23-Aug | 2 |
| Work on monthly forecast for Sept | | | 3 |
| Update Check register | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 24-Aug | 2 |
| Due Diligence issues for TDK | | | 4.5 |
| | | | |
| | **Total for Week Ending** | **24-Aug** | **31.5** |

**Week Ending Aug 31**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 27-Aug | 2 |
| Review patent office action and reply | | | 3 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 28-Aug | 2 |
| Work on Jan - June, 2012 Financial for 2012 tax returns | | | 7 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 29-Aug | 2 |
| work on court approval for payroll | | | 3 |

| | | |
|---|---|---:|
| Work on Jan - June, 2012 Financial for 2012 tax returns | | 5 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 30-Aug | 2 |
| Review 2011 - 2012 tax return | | 2 |
| Create and send out new consulting agreements | | 1.5 |
| More work to explain and get approval for payroll | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 31-Aug | 2 |
| Work on Jan - June, 2012 Financial for 2012 tax returns | | 3 |
| | | |
| **Total for Week Ending** | **31-Aug** | **37.5** |
| | | |
| **Average hours worked for the 11 weeks from June 15 - Aug 31** | | **40** |
| **Number of hour per week billed** | | **22.5** |

**Week Ending Sept 7**

| | | |
|---|---|---:|
| Labor Day Holiday | 3-Sep | |
| | | |
| e-mail, routine administrative work, and internal phone calls | 4-Sep | 2 |
| Work on Jan - June, 2012 Financial for 2012 tax returns | | 5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 5-Sep | 2 |
| Work on Jan-June, 2012 Financials for 2012 tax returns | | 5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 6-Sep | 2 |
| Work on Jan - June, 2012 Financial for 2012 tax returns | | 5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 7-Sep | 2 |
| Work on Jan-June, 2012 Financials for 2012 tax returns | | 5 |
| Conference call with NS Holdings | | 1.5 |

|  | | Total for Week Ending | 7-Sep | 29.5 |
|---|---|---|---|---|

**Week Ending Sept 14**

| | Date | Hours |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 10-Sep | 1.5 |
| Work on August Monthly Financial Report | | 5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 11-Sep | 1.5 |
| Work on response to Patent Office Action on substrate carrier | | 3 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 12-Sep | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 13-Sep | 1.5 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 14-Sep | 1.5 |
| Response to a patent office action | | 2 |
| Asset sales | | 1 |

|  | | Total for Week Ending | 14-Sep | 20 |
|---|---|---|---|---|

**Week Ending Sept 21**

| | Date | Hours |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 17-Sep | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 18-Sep | 1.5 |
| Review potential auctioneers | | 3 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 19-Sep | 1.5 |
| FY 2012 expenses | | 5 |

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 20-Sep | 1.5 |
| Proposal for the Dongguan R&D center (and equipment purchase) | | 3 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 21-Sep | 1.5 |
| Reconcile payroll taxes for Sept 30, 2011 | | 1 |
| Prepare IRS form 941 and 940 for payroll taxes | | 3 |
| Conference call with NS Holdings | | 1 |

| | | | |
|---|---|---|---|
| **Total for Week Ending** | **21-Sep** | **23.5** |

## Week Ending Sept 28

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 24-Sep | 1.5 |
| Expense & income planning; update check register and weekly expense tracking | | 2.5 |
| Note to our attorneys about lack of communications and payment of retention | | 2.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 25-Sep | 1.5 |
| Prepare detailed report on Q4, 2011 and all 2012 expenses for taxes | | 5 |
| 2nd note to our attorneys about shared goals and game plan | | 2 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 26-Sep | 1.5 |
| Update Game Plan and Next Steps | | 2.5 |
| Verify Proof of claim accounting for Arden | | 1 |
| Modify 2012 Financials to reflect Arden claim and eliminate any double counting | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 27-Sep | 1.5 |
| Meeting with potential Auctioneer (Hilco) to define proposal | | 1 |
| Proposal for projects in Dongguan R&D Center | | 1 |
| Conference call with NS Holdings | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 28-Sep | 1.5 |

| | | |
|---|---|---|
| **Total for Week Ending** | **28-Sep** | **27** |

**Week Ending Oct 5**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 1-Oct | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 2-Oct | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 3-Oct | 1.5 |
| Develop balance sheet for Q4, 2011 through Q4, 2012 | | 7 |
| e-mail, routine administrative work, and internal phone calls | 4-Oct | 1.5 |
| Review and modify expenses and payments consistent with forecast revenues | | 2.5 |
| Conference call with NS Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 5-Oct | 1.5 |
| Lunch meeting with Erik Vaaler to discuss prep for auction | | 1.5 |

| | | |
|---|---|---|
| **Total for Week Ending** | **5-Oct** | **20** |

**Week Ending Oct 12**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 8-Oct | 1.5 |
| Create a budget for the Dongguan R&D Center | | 3 |
| e-mail, routine administrative work, and internal phone calls | 9-Oct | 1.5 |
| Prepare Monthly Financial Report | | 4 |
| e-mail, routine administrative work, and internal phone calls | 10-Oct | 1.5 |

| | | |
|---|---|---|
| work on Financials for taxes, including balance sheet | | 2 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 11-Oct | 1.5 |
| motions for court approval for new buyer and for auctioneer | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 12-Oct | 1.5 |
| | | |
| **Total for Week Ending** | **12-Oct** | **19** |

**Week Ending Oct 19**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 15-Oct | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 16-Oct | 1.5 |
| Submit Monthly Financial Report | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 17-Oct | 1.5 |
| Work on plan and budget for Dongguan R&D center and their purchase of U.S. assets | | 5 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 18-Oct | 1.5 |
| Work on a draft for the Status Update Doc for the court | | 4 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 19-Oct | 1.5 |
| | | |
| **Total for Week Ending** | **19-Oct** | **19** |

**Week Ending Oct 26**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 22-Oct | 1.5 |
| Review and submit inventory lists for the court | | 1 |
| Submit Status Update | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 23-Oct | 1.5 |
| Prepare California Payroll tax forms for 2011 and 2012 | | 8 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 24-Oct | 1.5 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 25-Oct | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 26-Oct | 1.5 |
| | | |
| **Total for Week Ending** | **26-Oct** | **19** |

**Week Ending Nov 2**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 29-Oct | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 30-Oct | 1.5 |
| work on agreement with Hilco | | 2 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 31-Oct | 1.5 |
| Drive to Bay Area and meet with Darien Spencer (CEO) | | 8 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 1-Nov | 1.5 |
| work on agreement with Hilco | | 1 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 2-Nov | 1.5 |

|  |  |  |
|---|---|---|
| **Total for Week Ending** | **2-Nov** | **20** |

**Week Ending Nov 9**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 5-Nov | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 6-Nov | 1.5 |
| Review and finalize WW P&L and Balance sheet; send to tax preparer | | 3 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 7-Nov | 1.5 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 8-Nov | 1.5 |
| Attend court status meeting by phone | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 9-Nov | 1.5 |
| Work on response to patent office action | | 4 |
| Court call | | 2 |

|  |  |  |
|---|---|---|
| **Total for Week Ending** | **9-Nov** | **19** |

**Week Ending Nov 16**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 12-Nov | 1.5 |
| Prepare Monthly Report for October | | 4 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 13-Nov | 1.5 |
| Review and send in Monthly Report for October | | 2.5 |
| Court Call | | 1 |
| Conference call with NS Holdings | | 1.5 |

| | | |
|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | 14-Nov | 1.5 |
| Meet with Erik Vaaler by phone | | 3 |
| e-mail, routine administrative work, and internal phone calls | 15-Nov | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 16-Nov | 1.5 |
| **Total for Week Ending** | **16-Nov** | **19.5** |

**Week Ending Nov 23**

| | | |
|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | 19-Nov | 1.5 |
| Learn about Cal property tax liability for NS, Inc | | 4 |
| e-mail, routine administrative work, and internal phone calls | 20-Nov | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 21-Nov | 1.5 |
| Conference call with NS Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 22-Nov | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 23-Nov | 1.5 |
| **Total for Week Ending** | **23-Nov** | **13** |

**Week Ending Nov 30**

| | | |
|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | 26-Nov | 1.5 |
| Backup Computer Files | | 5 |

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 27-Nov | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 28-Nov | 1.5 |
| Review legal fees | | 2 |
| e-mail, routine administrative work, and internal phone calls | 29-Nov | 1.5 |
| Prepare docs for NovaSolar business property taxes in San Jose, CA | | 3.5 |
| Conference call with NS Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 30-Nov | 1.5 |
| **Total for Week Ending** | **30-Nov** | **19.5** |

**Week Ending Dec 7**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 3-Dec | 1.5 |
| Finish and send property tax docs | | 2 |
| e-mail, routine administrative work, and internal phone calls | 4-Dec | 1.5 |
| Develop an agreement for a discount on legal fees | | 3 |
| e-mail, routine administrative work, and internal phone calls | 5-Dec | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 6-Dec | 1.5 |
| Drive to Bay Area and meet with Erik Vaaler and Lance Sweet | | 9 |
| Conference call with NS Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 7-Dec | 1.5 |
| Prepare Monthly Operating Report | | 3 |
| **Total for Week Ending** | **7-Dec** | **23** |

**Week Ending Dec 14**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 10-Dec | 1.5 |
| Drive to Bay Area, Meet with Hilco, Lance and Erik, Auction Preview | | 9.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 11-Dec | 1.5 |
| Review and send in Monthly Operating Report | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 12-Dec | 1.5 |
| Auction | | 2 |
| Conference call with NS Holdings | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 13-Dec | 1.5 |
| Auction | | 8 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 14-Dec | 1.5 |
| Prepare and send Property Tax Info to Alameda County | | 1.5 |
| | | |
| **Total for Week Ending** | **14-Dec** | **31.5** |

**Week Ending Dec 21**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 17-Dec | 1.5 |
| Payments for overdue consulting pay | | 1.5 |
| Review auction results, payment schedule with Brian | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 18-Dec | 1.5 |
| Attend court to approve payment to attorneys | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 19-Dec | 1.5 |
| Conference call with NS Holdings | | 1.5 |

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 20-Dec | 1.5 |
| review status of property taxes with Alameda County | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 21-Dec | 1.5 |
| | **Total for Week Ending** | **21-Dec** | **15** |

**Week Ending Dec 29**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 24-Dec | 1.5 |
| Organize payments to bring all accounts current | | | 5 |
| e-mail, routine administrative work, and internal phone calls | | 25-Dec | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 26-Dec | 1.5 |
| Conference call with NS Holdings | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 27-Dec | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 28-Dec | 1.5 |
| | **Total for Week Ending** | **28-Dec** | **14** |

**Week Ending Jan 4**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 31-Dec | 1.5 |
| Review financials, taxes and receivables | | | 2 |
| e-mail, routine administrative work, and internal phone calls | | 1-Jan | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 2-Jan | 1.5 |

| | | | |
|---|---|---:|---:|
| Prepare forms for Alameda Business Property Taxes | | | 2.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 3-Jan | 1.5 |
| Negotiate a deal for the receivables from NS Holdings | | | 2.5 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 4-Jan | 1.5 |
| | | | |
| | **Total for Week Ending** | **4-Jan** | **16** |

**Week Ending Jan 11**

| | | | |
|---|---|---:|---:|
| e-mail, routine administrative work, and internal phone calls | | 7-Jan | 1.5 |
| Prepare a plan and status for the remaining Chp 11 process | | | 6 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 8-Jan | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 9-Jan | 1.5 |
| Phone call with John Brown re:  deal with NS Holdings and Arden | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 10-Jan | 1.5 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 11-Jan | 1.5 |
| | | | |
| | **Total for Week Ending** | **11-Jan** | **16.5** |

**Week Ending Jan 18**

| | | | |
|---|---|---:|---:|
| e-mail, routine administrative work, and internal phone calls | | 14-Jan | 1.5 |
| Prepare December Monthly Operating Report | | | 3 |
| Phone Conference with NS Holdings | | | 1.5 |

| | | | |
|---|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | | 15-Jan | 1.5 |
| Propose contract terms for payment from NS Holdings | | | 2 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 16-Jan | 1.5 |
| e-mail an update to former employees | | | 3 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 17-Jan | 1.5 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 18-Jan | 1.5 |
| | **Total for Week Ending** | **18-Jan** | **18.5** |

**Week Ending Jan 25**

| | | | |
|---|---|---|---:|
| e-mail, routine administrative work, and internal phone calls | | 21-Jan | 1.5 |
| Prepare a document supporting cessation of business on March, 2012 | | | 6 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 22-Jan | 1.5 |
| Create and mail 1099 forms | | | 4 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 23-Jan | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 24-Jan | 1.5 |
| Conference call with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 25-Jan | 1.5 |
| | **Total for Week Ending** | **25-Jan** | **19** |

**Week Ending Feb 1**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 28-Jan | 1.5 |
| Paid expenses for January | | | 1 |
| e-mail, routine administrative work, and internal phone calls | | 29-Jan | 1.5 |
| Phone conference with NS Holdings | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 30-Jan | 1.5 |
| Detailed plan for distribution and creditor approval | | | 6 |
| e-mail, routine administrative work, and internal phone calls | | 31-Jan | 1.5 |
| Review FY 2012 tax returns | | | 3 |
| Firm up deal with NS Holdings | | | 2 |
| e-mail, routine administrative work, and internal phone calls | | 1-Feb | 1.5 |
| | **Total for Week Ending** | **1-Feb** | **21** |

**Week Ending Feb 8**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 4-Feb | 1.5 |
| Final review of deal with NovaSolar Holdings | | 1 |
| Reconcilation of the equipment sold by IAR and the inventory left | | 3 |
| e-mail, routine administrative work, and internal phone calls | 5-Feb | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 6-Feb | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 7-Feb | 1.5 |
| Drive to Bay Area to attend court status update meeting | | 7 |
| Conference call with NS Holdings | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | 8-Feb | 1.5 |

|  | | | |
|---|---|---|---|
| **Total for Week Ending** | **8-Feb** | | **20** |

|  | | |
|---|---|---|
| **Average hours worked for the 23 weeks from Sept 1 - Feb 8** | | **20** |
| **Number of hours per week billed** | | **15** |

## Hours worked without pay

**Week Ending Feb 15**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 11-Feb | 1 |
| Prepare Monthly Operating Report | | 3 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 12-Feb | 1 |
| Prepare Quarterly Financial Report for FY2013 to date | | 2 |
| File and pay for Deleware Corp Fees | | 1.5 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 13-Feb | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 14-Feb | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 15-Feb | 1 |

|  | | |
|---|---|---|
| **Total for Week Ending** | **15-Feb** | **11.5** |

**Week Ending Feb 22**

| | | |
|---|---|---|
| e-mail, routine administrative work, and internal phone calls | 18-Feb | 1 |
| More work on missing transformers from IAR | | 1 |
| | | |
| e-mail, routine administrative work, and internal phone calls | 19-Feb | 1 |

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 20-Feb | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 21-Feb | 1 |
| Continued work to resolve issue of missing transformers | | | 1 |
| Phone conference with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 22-Feb | 1 |
| Prepare detailed report on IAR | | | 1 |
| | | | |
| | **Total for Week Ending** | **22-Feb** | **9.5** |

**Week Ending March 1**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 25-Feb | 1 |
| File 2013-2014 Business Property Tax Assessment forms | | | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 26-Feb | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 27-Feb | 1 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 28-Feb | 1 |
| Verfiy and pay Business Property taxes for July, 2012 - June, 2013 | | | 1 |
| Phone conference with NS Holdings | | | 1.5 |
| | | | |
| e-mail, routine administrative work, and internal phone calls | | 1-Mar | 1 |
| | | | |
| | **Total for Week Ending** | **1-Mar** | **8.5** |

**Week Ending March 8**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 4-Mar | 0.5 |

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 5-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 6-Mar | 0.5 |
| Prepare Monthly Operating Report for Feb | | | 3 |
| e-mail, routine administrative work, and internal phone calls | | 7-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 8-Mar | 0.5 |
| | **Total for Week Ending** | **8-Mar** | **5.5** |

**Week Ending March 15**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 11-Mar | 0.5 |
| Phone conf with NS Holdings | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 12-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 13-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 14-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 15-Mar | 0.5 |
| | **Total for Week Ending** | **15-Mar** | **4** |

**Week Ending March 22**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 18-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 19-Mar | 0.5 |

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 20-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 21-Mar | 0.5 |
| Phone conf with NS Holdings | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 22-Mar | 0.5 |
| | **Total for Week Ending** | **22-Mar** | **4** |

**Week Ending March 29**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 25-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 26-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 27-Mar | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 28-Mar | 0.5 |
| Phone conf with NS Holdings | | | 1.5 |
| e-mail, routine administrative work, and internal phone calls | | 29-Mar | 0.5 |
| | **Total for Week Ending** | **29-Mar** | **4** |

**Week Ending April 5**

| | | | |
|---|---|---|---|
| e-mail, routine administrative work, and internal phone calls | | 1-Apr | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 2-Apr | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 3-Apr | 0.5 |

| | | | |
|---|---|---|---|
| Prepare Monthly Operating Report for March | | | 3 |
| e-mail, routine administrative work, and internal phone calls | | 4-Apr | 0.5 |
| e-mail, routine administrative work, and internal phone calls | | 5-Apr | 0.5 |
| | **Total for Week Ending** | **5-Apr** | **5.5** |
| | **Average Hours per week for the eight weeks from Feb 11 - Apr 5** | | **6.6** |
| | **Number of hours per week billed** | | **0** |