1  KOKJER, PIEROTTI, MAIOCCO
2  & DUCK LLP
   CERTIFIED PUBLIC ACCOUNTANTS
   Richard Pierotti #46794
3  333 Pine Street, 5th Floor
   San Francisco, California 94104
4  Telephone: (415) 981-4224
   E-Mail: rpierotti@kpmd.com
5

6  Accountants for Trustee,
   MOHAMED POONJA
7

8

9                    UNITED STATES BANKRUPTCY COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   In re NOVASOLAR, INC.              )   Case No.  12-54528 CN
12                                    )   Chapter  7
                                      )
13              Debtor.               )
                                      )
14  _____ )

15      APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

16  TO:     THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT.
17
        The application of Richard Pierotti, Certified Public Accountant respectfully represents:
18
        Applicant is a partnership of certified public accountants, duly authorized to practice in the
19
20  State of California.

21      Pursuant to order of the Court, Applicant was employed as accountant for Mohamed Poonja,
22
   Trustee, in the above-entitled case. A copy of the court's order is attached.
23
        This application seeks compensation for the period April 24, 2013 through September 15,
24
25  2014.  Applicant has neither requested nor received any prior compensation nor reimbursement in the
26  case.
27

28                                                                                          1

## REQUEST FOR COMPENSATION

Applicant has spent 169.70 total hours of the time of accountants and associate employees performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages for the 13 month period from April 24, 2013 through May 23, 2014. Applicant spent a total of 169.70 hour in the preparation of this fee application which resulted in related fees of $1,520.00. These fees reflect 4.15 percent of the total fees requested.

Applicant respectfully submits that the sum of $36,583.00 in fees and $275.03 in expenses constitutes reasonable compensation for his services rendered to the Trustee during this period of time, based on Applicant's generally applicable rates at the time services were rendered. Applicant requests that this sum be authorized for payment in full at this time. A summary of the employment history of applicant's principals and employees rendering service on this case is attached.

Any conference time billed to the estate was not for the training or the educating of Applicant's staff. Applicant represents that any conference time billed to the estate for meetings, discussions, or consultations between one or more professionals was, in Applicant's judgement, the most economic, efficient and effective method of administering its duties. Applicant further represents that it rendered timely, extensive and thorough services in accordance with the requirements of the case to enable prompt administration.

No agreement has been made by any member of Applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons except as among the principals of Applicant. Applicant has not entered into any agreements, written or oral, expressed or implied, with any other party in interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the

assets of the estate of the above-named Debtor.

CERTIFICATION

I, declare as follows:

1.      That I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Mohamed Poonja, the Trustee in the above Chapter 7 proceeding.

2.      That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief.  The copies of the billing statements are true and correct copies of the Firm's billing statements for this case.

3.      That the firm has not been paid or promised any compensation from any other source for services rendered in connection with this case.

4.      That the firm has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5.      That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

6.      That this application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

7.      That the compensation and expenses sought herein were billed at rates no less favorable

3

than those customarily billed by applicant and generally accepted by the applicant's clients. All non-copy expenses are billed at actual cost.  Copies are billed at 20 cents per page.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 16th day of September, 2014, at San Francisco, California.


KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

By: /s/ Richard Pierotti
Accountant for Mohamed Poonja, Trustee

4

<u>DESCRIPTION OF SERVICES</u>

Attached hereto as Exhibit A is a detailed statement of Applicant's accounting services on behalf of the Trustee during the period of this application. The following narrative description is not intended to be all-inclusive, but reflects only the major points of the representation.

Applicant was employed as Accountant to perform accounting on an as needed basis and in an effort to comply with the Guidelines, Applicant has tracked his time in the following categories.

1)  Case Administration

2)  Wage Claim Analysis

3)  Wage Claim Amendments

4)  Tax Preparation

5)  Payroll

**CASE ADMINISTRATION**

Case Administration includes time that cannot be easily classified in other categories. Included in this category is time spent reviewing the schedules and statement of financial affairs for case orientation and preparation of employment documents. Time related to an administrative tax claim filed by the California Employment Development Department("EDD") is included. As a result of this work, the EDD withdrew the administrative claim. Preparation of Applicant's fee application is included in this category. Fees requested for preparation of this fee application represent 4.15% of the total fees requested.

Case: 12-54528   Doc# 168   Filed: 09/18/14   Entered: 09/18/14 13:02:51   Page 5 of 37

## WAGE CLAIM ANALYSIS

Over 70 wage claims were filed by the Debtor's former employees. The majority of the wage claims were filed incorrectly by claimants. Applicant downloaded and reviewed the wage claims and prepared a spreadsheet analysis of the claims as filed to determine the claims that required amendment. Claim amendments were required due to issues including but not limited to priority and general unsecured claims filed as administrative claims, incorrect priority amounts being claimed, wage claims filed as secured claims, multiple original claims being filed by certain employees, non-payroll claims filed as priority wage claims and claims filed as priority claims without designating the priority amount on the claim form. The spreadsheet was used to identify problem claims and used as the basis for preparing amended claims as described in the following category. Conferences with the Trustee and Trustee's attorney regarding wage claims and amendments are included in this category.

## WAGE CLAIM AMENDMENTS

The time in this category is related to the preparation of approximately 45 amended wage claims which were identified after the claims were analyzed. As previously mentioned, claims were amended for a number of reasons. Although the priority wage claims will not be paid in full, amendment of the claims was necessary for the priority claimants to receive the correct dividend amount. Applicant obtained current contact information from an employee of the Debtor for each of the wage claimants. After the amended wage claims were prepared, they were reviewed and then e-mailed to the claimants. Sending the amended wage claim forms resulted in numerous telephone calls and e-mails from the claimants. Applicant tracked the receipt of the amended claim forms and followed-up regarding the amended claim forms until they were all received. Conferences with the Trustee and Trustee's attorney

6

regarding status of the amendments are included in this category. Applicant's lowest billing staff member completed the majority of the work required in the wage claim categories.

## TAX PREPARATION

Applicant prepared 2012 and 2013 fiscal year Federal and California corporate income tax returns for the Estate. The Debtor is a Subchapter C corporation for income tax purposes. The Debtor's 2011 fiscal year tax returns were obtained and reviewed to determine the tax attributes available to the Estate for the 2012 tax year. A lesser billing staff member was instructed in income tax preparation. The Debtor's pre-conversion activity for the 2012 fiscal year was reviewed, adjusted and combined with the Trustee's activity to prepare the 2012 fiscal year tax returns. The 2012 and 2013 tax returns were reviewed and disclosure notes were prepared for the tax returns. Applications for Prompt Determination were prepared for all tax returns pursuant to Bankruptcy Code Section 505(b)(2).

## PAYROLL

Applicant contacted the California Employment Development Department to obtain information regarding the Debtor's payroll tax filings and to determine the correct payroll tax rates for the Debtor. Paperwork required to register the Estate with the Electronic Funds Transfer Payment System for the required electronic payment of payroll taxes was completed. Draft W-2 forms were prepared for 59 employees. Draft Federal and California payroll tax forms were completed including Forms W-3, 941, 940, DE-9 and DE-9C. Draft Prompt Determination requests were prepared for all payroll tax returns. The payroll work will be finalized upon the Court's approval of the Trustee's Final Report.

7

<u>DECLARATION</u>

I, Richard Pierotti, declare:

     1.  I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Mohamed Poonja, the Trustee in the above Chapter 7 proceeding.

     2.  I have prepared the final application for compensation for Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, and I declare that the information therein is true and correct, and is based upon my personal knowledge of the case.

     3.  I have sent the Trustee a copy of this Fee Application at least 21 days prior to the hearing.

     I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

     Executed this 16th day of September, 2014, in the City and County of San Francisco, State of California.

8

1

## CONCLUSION

2

WHEREFORE, Applicant prays that hearing be held on notice to creditors, and that the

3

4

Court allow and authorize payment to Applicant the sum of $36,583.00 in fees and $275.03 in

5

expenses as compensation for services rendered to the Trustee, and for such further and other order as

6

may be just and proper in the premises.

7

8

Dated: <u>September 16, 2014</u>

9

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

10

11

By: <u>/s/ Richard Pierotti</u>
Accountant for Mohamed Poonja, Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION
(U.S. Trustee Guidelines, paragraph 2.2.2)

I, Mohamed Poonja, Trustee, hereby certify that I have read the foregoing fee application of Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, accountant's for me as Trustee in the foregoing bankruptcy case of NovaSolar, Inc., and I have no objections to that fee application or the fees and costs requested therein.

Dated: September 17, 2014                    /s/ 1072 Mohamed Poonja
                                             Mohamed Poonja, Trustee

10



1  KOKJER, PIEROTTI, MAIOCCO
   & DUCK LLP
2  CERTIFIED PUBLIC ACCOUNTANTS
   Richard Pierotti #46794
3  333 Pine Street, 5th Floor
   San Francisco, California 94104
4  Telephone: (415) 981-4224
   E-Mail: rpierotti@kpmd.com
5
   Accountants for Trustee,
6  MOHAMED POONJA

**The following constitutes
the order of the court. Signed May 28, 2013**

Charles Novack
**Charles Novack**
**U.S. Bankruptcy Judge**

7

8              UNITED STATES BANKRUPTCY COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  In re NOVASOLAR, INC.                )   Case No. 12-54528 CN
                                         )   Chapter 7
12                                       )
              Debtor.                    )   [Hearing Not Required]
13  _____    )

14           <u>**ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**</u>

15
                  **Kokjer, Pierotti, Maiocco & Duck LLP,**
16                   **Certified Public Accountants**

17

18        Upon the Application of Mohamed Poonja, Trustee in Bankruptcy, and it appearing that

19  Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, are well-qualified to perform

    accounting services required by the Trustee in this Chapter 7 case, that employment of proposed
20
    accountants will be in the best interest of the estate, that proposed accountants represent no interest
21
    adverse to the estate, and that notice and a hearing are not necessary in connection with the Application;
22
    it is
23
          ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti,
24
    Maiocco & Duck LLP, Certified Public Accountants, as his accountant herein to prepare and file tax
25
    returns; to prepare tax projections and tax analysis, if necessary; to analyze tax claims filed in the case;
26
    to analyze the tax impact of potential transactions; to analyze as to avoidance issues, if necessary; to
27

28  *ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*                                    1

1  testify as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to prepare wage

2  claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general

3  accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate

4  at a fee subject to court approval.

5  IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public

6  Accountants and professionally licensed principals and employees of the firm be empowered to act, for

7  and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the

8  Internal Revenue Service and the California Franchise Tax Board, to receive confidential information,

9  to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of

10 the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise

11 during the administration of the estate.

**END OF ORDER**

COURT SERVICE LIST

ECF Registered Participants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT*

3

BANKRUPTCY ESTATE OF NOVASOLAR INC. 12-54528 CN

Summary of Professionals/Para-Professionals Qualifications Employed By Applicant

**Richard Pierotti, Certified Public Accountant, Certified Insolvency & Restructuring Advisor, Certified in Financial Forensics, Partner**

    <u>Employment History</u>

    Kokjer, Pierotti, Maiocco, & Duck LLP
    Certified Public Accountants
      Position:   Partner
      Dates:      January, 1998 to Present

    Bailey, Kokjer & Berry
    Certified Public Accountants
      Position:   Partner
      Dates:      February, 1987 to December, 1997

    Bailey, Kokjer & Berry
    Certified Public Accountants
      Position:   Senior Staff Accountant
      Dates:      September, 1984 to January, 1987


**Bang Zhu, Certified Public Accountant**

    <u>Employment History</u>

    Kokjer, Pierotti, Maiocco, & Duck LLP
    Certified Public Accountants
      Position:   Senior Accountant
      Dates:      January, 2003 to Present

    Bertorelli & Company
    Certified Public Accountants
      Position:   Senior Tax Associate
      Dates:      January, 1998 to December, 2002

    Chek Tan & Company
    Certified Public Accountants
      Position:   Staff Accountant
      Dates:      January, 1996 to January, 1998

**Markus Neuweiler, Senior Accountant**

<u>Employment History</u>

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
    Position:   Senior Staff Accountant
    Dates:      January, 1998 to Present

Bailey, Kokjer & Berry
Certified Public Accountants
    Position:   Staff Accountant
    Dates:      August, 1986 to December, 1997


**Bruce A. Maddox, Certified Public Accountant**

<u>Employment History</u>

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
    Position:   Senior Manager
    Dates:      August, 2009 to Present

Bruce A. Maddox, CPA
    Position:   Owner
    Dates:      January, 1986 to Present

Herman & Simpson
Certified Public Accountants
    Position:   Tax Associate (per diem work)
    Dates:      January, 1986 to October, 1987

Spicer & Oppenheim
Certified Public Accountants
    Position:   Tax Manager
    Dates:      July, 1980 to December, 1986

Greenstein, Demarta & Rogoff
Certified Public Accountants
    Position:   Tax Senior
    Dates:      July, 1978 to June, 1980

Brooks, Stednitz & Rhodes
Certified Public Accountants
　　Position:　Staff Accountant
　　Dates:　　September, 1976 to June, 1978

**Theodore F. Fadel, Certified Public Accountant**

<u>Employment History</u>

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
　　Position:　Staff Accountant
　　Dates:　　January, 2010 to Present

Holtz Rubenstein Reminick LLP
　　Position:　Staff Accountant
　　Dates:　　October, 2008 to April, 2009

## BANKRUPTCY ESTATE OF NOVASOLAR, INC. 12-54528 CN

|  | HOURS | AMOUNT |
|---|---|---|
| Case Administration | 8.60 | $3,396.00 |
| Wage Claim Analysis | 44.20 | $9,048.00 |
| Wage Claim Amendments | 82.60 | $14,996.00 |
| Tax Preparation | 22.40 | $6,630.50 |
| Payroll | 11.90 | $2,512.50 |
| Subtotal | 169.70 | $36,583.00 |
| Expenses |  | $275.03 |
| TOTAL |  | $36,858.03 |

September 16, 2014                                         Invoice #  7684

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 4.20 | 400.00 | $1,680.00 |
| Richard L. Pierotti | 4.40 | 390.00 | $1,716.00 |
| **Total Fees** | | | $3,396.00 |
| **Total Expenses** | | | $275.03 |
| **GRAND TOTAL** | | | $3,671.03 |

# EXHIBIT A

## BANKRUPTCY ESTATE OF NOVASOLAR INC. - CASE ADMINISTRATION

September 16, 2014

Invoice #  7684

**Professional Fees**

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| | Richard L. Pierotti | | |
| 4/24/2013 | Respond to Trustee's e-mail regarding case(.10).  Review documents forwarded by Trustee, schedules and SOFA for case orientation(.40); draft employment documents(.40) | 0.90 390.00/hr | 351.00 |
| 12/13/2013 | Conference with Trustee's attorney regarding remaining work prior to case closing | 0.30 390.00/hr | 117.00 |
| 12/19/2013 | 2 conferences with EDD regarding administrative payroll tax claim(.50); e-mail to Trustee's attorney regarding the same(.10) | 0.60 390.00/hr | 234.00 |
| 12/27/2013 | Research regarding EDD administrative claim(.40); follow-up conference with EDD regarding the same(.30) | 0.70 390.00/hr | 273.00 |
| 1/6/2014 | Conference with EDD regarding administrative claim(.20); follow-up e-mail to Don McKinney regarding the same(.10) | 0.30 390.00/hr | 117.00 |
| 1/8/2014 | Conference with EDD regarding administrative claim(.40).  2 follow-up e-mails to EDD regarding the same(.20) | 0.60 390.00/hr | 234.00 |
| 1/9/2014 | Review amended EDD administrative claim and forward to Trustee | 0.20 390.00/hr | 78.00 |
| 1/21/2014 | Conference with Fidelity regarding plan termination | 0.30 390.00/hr | 117.00 |
| 1/23/2014 | Conferences with Fidelity(.20) and DOL(.20) regarding termination of plan and distribution to deceased particpant's estate.  Follow-up e-mail to Fidelity(.10) | 0.50 390.00/hr | 195.00 |
| 3/31/2014 | Respond to Trustee's e-mail regarding case closing | 0.10 400.00/hr | 40.00 |
| 5/2/2014 | Conference with Trustee regarding addtional work to be completed before case closing | 0.30 400.00/hr | 120.00 |
| 9/15/2014 | Preparation of fee application | 3.80 400.00/hr | 1,520.00 |

**EXHIBIT A**

# BANKRUPTCY ESTATE OF NOVASOLAR INC. - CASE ADMINISTRATION

September 16, 2014

Invoice # 7684

|  | Hrs/Rate | Amount |
|---|---|---|
| Subtotal: | 8.60 | 3,396.00 |
| **Total Fees:** | **8.60** | **$3,396.00** |

**Additional Costs**

Expenses

| | | |
|---|---|---|
| 9/15/2014 Case Expenses (See details following page). | | 275.03 |
| Subtotal: | | 275.03 |
| **Total expenses:** | | **$275.03** |
| **Total amount of this bill:** | | **$3,671.03** |
| **Total amount due:** | | **$3,671.03** |

| CASE NAME: NOVASOLAR, INC. 12-54528 CN | | | | | |
|---|---|---|---|---|---|
| DATE | | COPIES | (AT COST) POSTAGE | FEES & OTHER | INITIAL |
| 4/25/13 | Mail original "Declaration" to Trustee | | $1.12 | | |
| | | | | | |
| 5/24/13 | Mail employment documents to Bankruptcy Court & | | $2.64 | | |
| | | | | | |
| | **Mailing Tax Returns to Trustee for signatures** | | | | |
| 5/27/14 | 2012 - 2013 | | $10.10 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **Mailing Tax Returns to IRS, FTB & Special Procedures** | | | | |
| 6/5/14 | 2012 - 2013 | | $64.23 | | |
| | | | | | |
| 9/9/99 | Mail payroll tax forms to Trustee, US Treasury, EDD | | $73.52 | | |
| | & Employees | | | | |
| | | | | | |
| 9/9/99 | Mail filed fee application to Bankruptcy Court & | 44 | $3.22 | | |
| | US Trustee | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Copies from Machine Counter | 557 | | | |
| | Total Copies | 601 | | | |
| | x | $0.20 | | | |
| | Sub-Total | $120.20 | $154.83 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **SUMMARY** | | | | |
| | Copies | $120.20 | | | |
| | Postage at actual cost | $154.83 | | | |
| | Fees & Other | | | | |
| | **GRAND TOTAL** | $275.03 | | | |

# BANKRUPTCY ESTATE OF NOVASOLAR INC. - WAGE CLAIM ANALYSIS

September 16, 2014                                          Invoice #  7684

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 7.80 | 390.00 | $3,042.00 |
| Theo Fadel, Staff Accountant | 36.40 | 165.00 | $6,006.00 |
| | | | |
| **Total Fees** | | | $9,048.00 |
| **Total Expenses** | | | $0.00 |
| **GRAND TOTAL** | | | $9,048.00 |

# BANKRUPTCY ESTATE OF NOVASOLAR INC. - WAGE CLAIM ANALYSIS

September 16, 2014

Invoice #  7684

**Professional Fees**

| | | **Hrs/Rate** | **Amount** |
|---|---|---|---|

Richard L. Pierotti

| | | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 5/23/2013 | Conference with Trustee's Attorney regarding wage claim issues(.20). Review financial and wage claim documents forwarded by Trustee(.70) | 0.90 390.00/hr | 351.00 |
| 8/15/2013 | Conference with Trustee's attorney regarding wage claim issues | 0.30 390.00/hr | 117.00 |
| 8/22/2013 | Review claims register for wage claims(.20); instruct staff member in spreadsheet preparation(.30) | 0.50 390.00/hr | 195.00 |
| 9/19/2013 | Review detailed spreadsheet for 78 filed wage claims and compare spreadsheet to actual claims filed(2.30); instruct staff member in revisions to spreadsheet(.20) | 2.50 390.00/hr | 975.00 |
| 9/20/2013 | Conference with Trustee regarding wage claims filed in the case(.30). Review revised preliminary version of wage claim spreadsheet with staff member(.50). E-mail wage claim spreadsheet to Trustee's attorney(.20) | 1.00 390.00/hr | 390.00 |
| 9/23/2013 | Conference with Trustee's attorney regarding wage claim issues | 0.60 390.00/hr | 234.00 |
| 10/9/2013 | E-mail to Debtor's principal regarding wage claims | 0.10 390.00/hr | 39.00 |
| 10/21/2013 | Conference with Marvin Kershner regarding wage claims(.30); review Kershner employee claim spreadsheet and compare to KPMD spreadhseet(.20) | 0.50 390.00/hr | 195.00 |
| 10/23/2013 | Review spreadsheet received from Debtor's principal regarding unpaid wages and PTO by time period; instruct staff member in preparation of new spreadsheet detailing amounts due to employee during the priority period up to the priority wage cap amount | 0.60 390.00/hr | 234.00 |
| 11/4/2013 | Conference with Trustee regarding additional wage claim work to be completed | 0.40 390.00/hr | 156.00 |

**EXHIBIT A**

# BANKRUPTCY ESTATE OF NOVASOLAR INC. - WAGE CLAIM ANALYSIS

September 16, 2014

Invoice # 7684

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 11/5/2013 | Review wage claim spreadsheet related to priority claim amounts; review additional work to be completed with staff member | 0.40 390.00/hr | 156.00 |
|  | Subtotal: | 7.80 | 3,042.00 |

Theo Fadel

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 8/22/2013 | Download wage claims filed in the case; start preparation of spreadsheet with filed wage claim detail to identify claims issues including duplicate claims and incorrectly filed claims, 78 wage claims filed in the case | 1.40 165.00/hr | 231.00 |
| 8/23/2013 | Continue preparation of spreadsheet with filed wage claim detail to identify claims issues including duplicate claims and incorrectly filed claims, approximately 70 wage claims filed in the case. Include claim number, employee name, claim amount and claim type. | 8.60 165.00/hr | 1,419.00 |
| 9/19/2013 | Continue reviewing details of wage claims filed and make revisions to spreadsheet | 3.80 165.00/hr | 627.00 |
| 9/25/2013 | Make adjustments to wage claim spreadsheet based upon RP comments; identify dates worked to determine priority of claims | 5.40 165.00/hr | 891.00 |
| 10/23/2013 | Prepare / update spreadsheet detailing wage claims. Using debtor provided wage summary compare claimed amount to amount per debtor prepared schedule. Review wage amounts match specific dates. Calculate paid time off earned during specific dates and add to wage claim total. Determine priority of claims per each creditor. | 6.40 165.00/hr | 1,056.00 |
| 10/24/2013 | Continue preparing spreadsheet analysis of wage claims using debtor provided wage summary comparing filed claims to debtor prepared schedule. Review wage amounts match specific dates. Calculate paid time off earned during specific dates and add to wage claim total. Determine priority claim amount per each creditor. | 6.60 165.00/hr | 1,089.00 |
| 10/25/2013 | Make revisions to spreadsheet to identify issues with filed claims including duplicate claims; filed claim amounts for priority and claims filed as secured claims | 4.20 165.00/hr | 693.00 |

**EXHIBIT A**

## BANKRUPTCY ESTATE OF NOVASOLAR INC. - WAGE CLAIM ANALYSIS

September 16, 2014

Invoice #  7684

|  | Hrs/Rate | Amount |
|---|---|---|
| Subtotal: | 36.40 | 6,006.00 |
| **Total Fees:** | **44.20** | **$9,048.00** |
| **Total amount due:** | | **$9,048.00** |

September 16, 2014                                         Invoice # 7684

**Professional TIME SUMMARY**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 0.50 | 400.00 | $200.00 |
| Richard L. Pierotti | 5.50 | 390.00 | $2,145.00 |
| Theo Fadel, Staff Accountant | 1.20 | 175.00 | $210.00 |
| Theo Fadel, Staff Accountant | 75.40 | 165.00 | $12,441.00 |

| | | |
|---|---|---|
| **Total Fees** | | $14,996.00 |
| **Total Expenses** | | $0.00 |
| **GRAND TOTAL** | | $14,996.00 |

# EXHIBIT A

## BANKRUPTCY ESTATE OF NOVASOLAR-WAGE CLAIM AMENDMENTS

September 16, 2014

Invoice #  7684

**Professional Fees**

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | Richard L. Pierotti | | |
| 11/13/2013 | Conference with Trustee's attorney regarding wage claim work(.20); e-mail to Trustee regarding wage claims(.10) | 0.30 390.00/hr | 117.00 |
| | Preliminary review of wage claim issues with staff member and instruct in revisions to amended claims | 0.50 390.00/hr | 195.00 |
| 11/15/2013 | Review amended wage claims; instruct staff member in revisions to claims | 1.30 390.00/hr | 507.00 |
| 11/25/2013 | Draft language for e-mails to be sent to former employees who filed priority claims in excess of the allowable amount(.30); e-mail proposed language to Trustee and Trustee's attorney(.10) | 0.40 390.00/hr | 156.00 |
| 12/10/2013 | Respond to Trustee's e-mail regarding status of wage claim amendments | 0.10 390.00/hr | 39.00 |
| 1/7/2014 | Review status of wage claim amendments(approximately 45 claims)(1.20). 3 e-mails to Trustee regarding wage claims(.30) | 1.50 390.00/hr | 585.00 |
| 1/9/2014 | Conferences with 2 of the Debtor's former employees regarding amendment of wage claims | 0.40 390.00/hr | 156.00 |
| 1/16/2014 | Conference with Trustee regarding wage claim work and filing of amended claims | 0.40 390.00/hr | 156.00 |
| 1/17/2014 | 2 conferences with Trustee regarding wage claim work | 0.40 390.00/hr | 156.00 |
| 1/21/2014 | Conference with Trustee regarding wage claim issues | 0.20 390.00/hr | 78.00 |
| 7/21/2014 | Conference with Trustee regarding wage claim issues | 0.20 400.00/hr | 80.00 |
| 7/25/2014 | Conference with former employee regarding wage claim | 0.20 400.00/hr | 80.00 |

# BANKRUPTCY ESTATE OF NOVASOLAR-WAGE CLAIM AMENDMENTS

September 16, 2014

Invoice #  7684

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/26/2014 | Conference with Trustee regarding wage claim issues | 0.10<br>400.00/hr | 40.00 |
|  | Subtotal: | 6.00 | 2,345.00 |
|  | Theo Fadel |  |  |
| 11/5/2013 | Start preparation of approximately 45 amended claims to send to Debtor's former employees | 3.40<br>165.00/hr | 561.00 |
| 11/6/2013 | Continue preparation of approximately 45 amended claims to send to Debtor's former employees | 6.20<br>165.00/hr | 1,023.00 |
| 11/7/2013 | Complete initial preparation of approximately 45 amended claims to send to Debtor's former employees | 6.00<br>165.00/hr | 990.00 |
| 11/8/2013 | Reconcile original and amended claims with spreadsheet analysis of each wage claim identify differences and revisions to amended claims | 5.20<br>165.00/hr | 858.00 |
| 11/13/2013 | Additional revisions to amended wage claims | 2.60<br>165.00/hr | 429.00 |
| 11/14/2013 | Set-up wage claimant e-mail addresses in Outlook based upon Debtor's contact list; compare Debtor's contact list to contact information included on filed claims | 4.80<br>165.00/hr | 792.00 |
| 11/21/2013 | Make additional changes to amended wage claims based upon RP review | 3.50<br>165.00/hr | 577.50 |
| 11/25/2013 | Complete set-up of contacts in Outlook for wage claimants(3.20); e-mails to approximately 45 wage claimants with amended claim forms(3.60) | 6.80<br>165.00/hr | 1,122.00 |
| 11/26/2013 | Telephone conferences and responding to e-mails from wage claimants related to e-mailed amended claims | 2.80<br>165.00/hr | 462.00 |
| 12/2/2013 | Review, format and organize amended claim forms received from wage claimants | 2.20<br>165.00/hr | 363.00 |
| 12/11/2013 | E-mail additional amended claim forms to wage claimants(.80); respond to e-mails from wage claimants(.1.10). Review amended claims received from claimants and verify | 4.60<br>165.00/hr | 759.00 |

## BANKRUPTCY ESTATE OF NOVASOLAR-WAGE CLAIM AMENDMENTS

September 16, 2014

Invoice #  7684

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | signature, date and changes made to amended claims by claimants(2.70). | | |
| 12/12/2013 | Three telephone conferences with former employees regarding amended wage claims(.40); respond to two e-mails regarding the same(.20) | 0.60 165.00/hr | 99.00 |
| 12/13/2013 | Respond to two e-mails from former employees regarding amended wage claims(.20). Conference with former employee regarding wage claim(.10) | 0.30 165.00/hr | 49.50 |
| 12/16/2013 | Respond to e-mails from former employees regarding amended wage claims | 0.60 165.00/hr | 99.00 |
| | Prepare additional amended wage claims related to duplicate claims filed in the case | 0.80 165.00/hr | 132.00 |
| 12/17/2013 | 4 conferences with former employees regarding amended wage claim forms | 0.70 165.00/hr | 115.50 |
| 12/18/2013 | Compile amended wage claim forms received to date; reference received forms to sent forms to determine missing claim forms.  Update spreadsheet to reflect missing forms. | 0.90 165.00/hr | 148.50 |
| 12/19/2013 | Continue compiling amended wage claim forms received to date; reference received forms to sent forms to determine missing claim forms.  Update spreadsheet to reflect missing forms. | 0.50 165.00/hr | 82.50 |
| 1/10/2014 | Update list of wage claim creditors as of 1/10/14.  Determine what amended claim forms have not been returned(5.10). E-mails to creditors that have not returned forms(.40). | 5.50 165.00/hr | 907.50 |
| 1/13/2014 | Update list of wage claim creditors as of 1/13/14(.20). Telephone creditors with invalid email addresses(.30). | 0.50 165.00/hr | 82.50 |
| 1/14/2014 | Convert hard copy amended wage claim forms to pdf files | 0.60 165.00/hr | 99.00 |
| 1/16/2014 | Contact via phone the last 6 remaining creditors(.80).  Send final follow up e-mail with forms attached(.60).  Organize additional  amended wage claim forms and input data into spreadsheet by claimant(2.10). | 3.50 165.00/hr | 577.50 |

# BANKRUPTCY ESTATE OF NOVASOLAR-WAGE CLAIM AMENDMENTS

September 16, 2014

Invoice #  7684

| | | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 1/17/2014 | Conferences with four wage claimants regarding amended wage claim forms | 0.70 165.00/hr | 115.50 |
| 1/20/2014 | Cross reference amended claim forms received to master spreadsheet by employee, amount and priority | 3.20 165.00/hr | 528.00 |
| 1/21/2014 | Identify former employee claims who provided pdf or fax copies of amended wage claim forms but did not follow-up with a wet signature copy(1.70).  E-mails to wage claimants with amended wage claims requesting wet signature(1.10). | 2.80 165.00/hr | 462.00 |
| 1/22/2014 | Make revisions to wage claims based upon issues raised by wage claimants(2.20). E-mails to wage claimants with amended wage claims requesting wet signature(1.40). | 3.60 165.00/hr | 594.00 |
| 1/29/2014 | Review wet signature amended wage claim forms and prepare final spreadsheet reconciling amended claim forms received with master wage claim spreadsheet | 2.50 165.00/hr | 412.50 |
| 3/18/2014 | 3 telephone conferences with wage claimants(.30); two follow-up e-mails(.20) | 0.50 175.00/hr | 87.50 |
| 8/29/2014 | Review final version of spreadsheet for wage claims to prepare for conference with Trustee | 0.50 175.00/hr | 87.50 |
| | Conference with Trustee regarding payroll and wage claims. | 0.20 175.00/hr | 35.00 |
| | Subtotal: | 76.60 | 12,651.00 |
| | **Total Fees:** | **82.60** | **$14,996.00** |
| | **Total amount due:** | | **$14,996.00** |

# EXHIBIT A

## BANKRUPTCY ESTATE OF NOVASOLAR INC. - TAX PREPARATION

September 16, 2014                                   Invoice #  7684

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Bang L. Zhu | 12.90 | 260.00 | $3,354.00 |
| Bruce Maddox | 3.20 | 260.00 | $832.00 |
| Richard L. Pierotti | 5.50 | 400.00 | $2,200.00 |
| Richard L. Pierotti | 0.50 | 390.00 | $195.00 |
| Theo Fadel, Staff Accountant | 0.30 | 165.00 | $49.50 |

| | |
|---|---|
| **Total Fees** | $6,630.50 |
| **Total Expenses** | $0.00 |
| **GRAND TOTAL** | $6,630.50 |

**BANKRUPTCY ESTATE OF NOVASOLAR INC. - TAX PREPARATION**

September 16, 2014

Invoice #  7684

### Professional Fees

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Ben L. Zhu, Senior Manager | | |
| 5/12/2014 | Proforma tax attributes from 2011 fiscal year corporate income tax return for 2012 tax preparation (1.20); categorize pre-conversion activity and Form 2 transactions into tax reporting categories for 2012 fiscal tax year for income tax preparation(1.90). | 3.10 260.00/hr | 806.00 |
| 5/16/2014 | Start preparation of 2012 Federal and California corporate income tax returns | 2.00 260.00/hr | 520.00 |
| 5/23/2014 | Complete preparation of 2012 fiscal year Federal and California corporate income tax returns(2.90). Start preparation of 2013 Federal and California fiscal year corporate income tax returns(3.70). | 5.60 260.00/hr | 1,456.00 |
| 5/27/2014 | Complete preparation of 2013 fiscal year Federal and California corporate income tax returns | 2.20 260.00/hr | 572.00 |
| | Subtotal: | 12.90 | 3,354.00 |
| | Bruce Maddox | | |
| 7/18/2014 | Review filing requirements for Form 5472 in response to IRS proposed $10k penalty assessment(.80); draft correspondence to IRS including supporting documents for penalty abatement(2.40). | 3.20 260.00/hr | 832.00 |
| | Subtotal: | 3.20 | 832.00 |
| | Richard L. Pierotti | | |
| 8/30/2013 | Review electronic and hard copy files for information necessary to complete 2012 tax returns and e-mail to Trustee regarding the same | 0.40 390.00/hr | 156.00 |
| 9/6/2013 | Conference with Trustee regarding 2012 tax returns | 0.10 390.00/hr | 39.00 |

**EXHIBIT A**

# BANKRUPTCY ESTATE OF NOVASOLAR INC. - TAX PREPARATION

September 16, 2014

Invoice #  7684

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/9/2014 | Review Debtor's 2012 fiscal year pre-conversion financial records(1.40); instruct staff member in trial balance adjustments and tax preparation(.30) | 1.70 400.00/hr | 680.00 |
| 5/23/2014 | Review 2011 fiscal year income tax returns for tax attributes available to the Estate and tax treatment of Chapter 11 asset sale(.80); instruct staff member in tax treatment of asset sale(.20) | 1.00 400.00/hr | 400.00 |
| 5/27/2014 | Review and make revisions to 2012 and 2013 Federal and California corporate income tax returns; draft disclosure notes for tax returns | 2.60 400.00/hr | 1,040.00 |
| 7/18/2014 | Review IRS notice assessing penalty for failure to file foreign transaction form 5472 and respond to Trustee's e-mail | 0.20 400.00/hr | 80.00 |
| | Subtotal: | 6.00 | 2,395.00 |
| | Theo Fadel | | |
| 9/9/2013 | Conference with Franchise Tax Board regarding Debtor's tax filings and tax payments | 0.30 165.00/hr | 49.50 |
| | Subtotal: | 0.30 | 49.50 |
| | **Total Fees:** | **22.40** | **$6,630.50** |
| | **Total amount due:** | | **$6,630.50** |

# BANKRUPTCY ESTATE OF NOVASOLAR, INC. - PAYROLL

September 16, 2014                                      Invoice #  7684

## Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Markus K. Neuweiler | 8.60 | 225.00 | $1,935.00 |
| Theo Fadel, Staff Accountant | 3.30 | 175.00 | $577.50 |

| | |
|---|---|
| **Total Fees** | $2,512.50 |
| **Total Expenses** | $0.00 |
| **GRAND TOTAL** | $2,512.50 |

**EXHIBIT A**

# BANKRUPTCY ESTATE OF NOVASOLAR, INC. - PAYROLL

September 16, 2014

Invoice #  7684

**Professional Fees**

|  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| | Markus K. Neuweiler | | |
| 5/12/2014 | Call EDD-Bankruptcy Group for California payroll ID number and SUI & ETT rates (.3); prepare spreadsheet with priority wage claim detail withholdings and payroll tax deposit required for fifty-nine employees (.9); call EFTPS for address on record with IRS, register bankruptcy checking account with EFTPS (.6); prepare Form 8822-B Change of Address form to change old company address on file with IRS to trustee's address (.3); fax signed Form 8822-B to IRS to change address (.2);  input name, address, social security number and payroll detail in payroll tax program (.6); prepare Federal Form 940 (.5); prepare Federal Form 941 (.5); prepare California Form DE-9 (.5); prepare California Form DE-9C (.5); prepare California Form DE-88 (.2); write instructional letter to trustee regarding deposit requirements and check amounts (.4) | 5.50 225.00/hr | 1,237.50 |
| 5/13/2014 | Write Prompt Determination letter for Federal Form 940 (.3); write Prompt Determination letter for Federal Form 941 (.3); make electronic payments for Form 940 and Form 941 payroll taxes (.4); write Prompt Determination letter for California Form DE-9 (.3); prepare fifty-nine Forms W-2 and Form W-3 including verifying name, address and social security number (1.2); write cover letter for IRS-Insolvency Unit to be sent along with all Federal payroll tax forms (.3); write cover letter to be sent along with all California payroll tax forms (.3) | 3.10 225.00/hr | 697.50 |
| | Subtotal: | 8.60 | 1,935.00 |
| | Theo Fadel | | |
| 5/9/2014 | Prepare final spreadsheet with amended wage claim amounts for approximately 60 employees to be used as the basis for inputting data into payroll software | 3.30 175.00/hr | 577.50 |
| | Subtotal: | 3.30 | 577.50 |
| | **Total Fees:** | **11.90** | **$2,512.50** |

**EXHIBIT A**

## BANKRUPTCY ESTATE OF NOVASOLAR, INC. - PAYROLL

September 16, 2014

Invoice # 7684

|                      | Amount      |
| -------------------- | ----------- |
| **Total amount due:** | **$2,512.50** |

# KOKJER, PIEROTTI, MAIOCCO & DUCK, LLP

CERTIFIED PUBLIC ACCOUNTANTS

RALPH L. KOKJER, JR. (1912-2009)
RICHARD L. PIEROTTI, JR.
FRANK J. MAIOCCO (Ret.)
CHARLES DUCK, JR.

333 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
PHONE (415) 981-4224
FAX (415) 981-2749

838 ESCOBAR STREET
MARTINEZ, CA 94553
PHONE (925) 228-6040
FAX (925) 228-5515

MEMBERS
AMERICAN INSTITUTE
CERTIFIED PUBLIC ACCOUNTANTS

September 16, 2014

Mohamed Poonja, Trustee
Poonja & Company
P.O. Box 1510
Los Altos, CA 94023-1510

Re:  NovaSolar, Inc.
Case Number:  12-54528 CN

Dear Mohamed,

Attached please find our Application for Compensation in the NovaSolar, Inc., case.  Our fees are $36,583.00 and expenses are $275.03.  The application period is April 24, 2013 through September 16, 2014.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you do not have any questions or comments, please sign the Trustee's Statement on page 9 and fax it back to me at 415-981-2749.  Thank you for getting us involved in the case.

Sincerely,

/s/ Richard Pierotti

Richard Pierotti
Kokjer, Pierotti, Maiocco & Duck LLP

Enclosure